

**GRAND JURY NO. 169 B**
CIRCUIT COURT OF MOBILE COUNTY

THE STATE OF ALABAMA,
MOBILE COUNTY,                    August Session,      2007

The GRAND JURY of said County charge, that, before the finding of this indictment

Edmond Hudmond Smith IV

whose name is to the Grand Jury otherwise unknown than as stated,

did knowingly escape or attempt to escape from a penal facility, to-wit: **Mobile County Metro Jail**, in violation of §13A-10-32 of the Code of Alabama,

COUNT II
The GRAND JURY of said County charge, that, before the finding of this indictment
Edmond Hudmond Smith, IV,
whose name is to the Grand Jury otherwise unknown than as stated,

did knowingly escape or attempt to escape from the custody of **Ray Brazell**, a lawful officer of the **Community Corrections Electronic Monitoring Division**, in violation of §13A-10-33 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

                                                  **JOHN M. TYSON, JR.**
No Prosecutor               District Attorney for the 13th Judicial Circuit of Alabama
                                                      (County of Mobile)

A True Bill

                                                            Foreperson of the Grand Jury

Bail fixed in open court at $ N/B      this the 24th day of August, 2007

                                                            Judge

Presented to the Court by the Foreperson of the Grand Jury in the presence of 16 other Grand Jurors

Filed in open court this the 24th day of August, 2007

                                                            Clerk Circuit Court, Mobile, County, Alabama

W M 6-21-1966 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 Eyes:Blue Hair:Brown Ht:600 Wt:280 5205 Mickey Drive Mobile AL 36618    Count I Escape Second Degree/ Count II Escape Third Degree

Attachment II. Page 1 of 1