# SEARCH WARRANT

**M.C.S.O. FRAUD**

## District Court of Alabama, Mobile County

To the Sheriff of Mobile County:

Affidavit having been made before me by Sergeant James Lackey, **MCSO** which establishes probable cause to make the search herein designated, to wit:

1. The ( ) PERSON (X) PLACE to be searched is in Mobile County and is described as:

   3900 Windsor Road South, Theodore, Alabama 36582. The residence is described as what appears to be a two story residence with the ground floor being brick and the top floor a light colored wood or siding and a brown shingled roof. The residence is located at the dead end of Windsor Road South and is built partially over Fowl River. Included are any vehicles and outbuildings on the property.

2. The PROPERTY to be searched for and seized, if found, is specifically described as:

   A 2003 Ford Excursion, black in color VIN:1FMSU43F83EA24411. Personal checks drawn on Wachovia bank account 1010109818959. These checks have the pre-printed name of Edmond H. Smith III. Any and all documents including, but not limited to, receipts, bills of sale, and contracts regarding the theft of the 2003 Ford Excursion.

   The GROUNDS for search are that said property

   (X) was stolen or embezzled
   (X) was a means of committing the felony of: Theft of Property 1st (by deception)
   A violation of Alabama Criminal Code 13A-8-3

   (X) will be used to commit the offense of: Above mentioned Statute

You are hereby commanded to make said search in the daytime and seize said property, if found, leaving a copy of this warrant and a receipt for all property taken. You are further commanded to return this warrant with a written inventory of such property and bring the same before a Judge of the District Court of Alabama, Mobile County within ten days.

ISSUED: November 20, 2008 at 2:56 P.M. (1456 Hours).

Judge, District Court of Alabama, Mobile County

RETURN: Search Made 11-21 2008 at 6:43 A.M.
The following property was seized:

FAX COVER SHEET FROM FAIRWAY AUTO SALES TO ED SMITH
COPY OF CONTRACT FOR 2003 FORD EXCURSION
COPY OF CERTIFICATE OF TITLE FROM INDIANA FOR 2003 FORD EXCURSION
WORK ORDER #7427 FROM RICKWOOD
WACHOVIA BANK STATEMENTS FOR ACCT # 1010109818959
LEDGER STYLE CHECKBOOK FOR WACHOVIA ACC # 1010109818959

Attachment III, Page 1 of 1

— CONTINUED ON REVERSE