Dr. Jimmy Steger
4125 Government Blvd.
Mobile AL 36693
251-660-1240
251-660-9455

### Affidavit

To whom this may concern;

I Dr. Jimmy Steger have been to The Great Southern Outdoors Foundation and Institute along with my wife (Lisa) and son (Jimmy Jr.) on more than 3 different occasions from October 2006 to Feb. 2007. I have personally seen the shape of the beautiful home along with it's entire collection of animals, pictures and statues in place before these people came and stole these goods. I have pictures to validate this. I also have seen all of the vehicles and boats belonging to the organization and Mr. Smith. I personally have been on most of the Hunting Trips in Alabama that Mr. Smith legally killed these animals on and can identify these deer personally. While Mr. Smith was away seeking treatment for his foot, I came to the home and witnessed a dumpster outside filled with a lot of these items being thrown away. Mr. Smith was not aware of this and did not authorize anyone to go in into the home and take anything out at any given time.
If I can be of further assistance to you, please let me know.

Sincerely,

*[signature]* Jimmy Steger, N.D.
Dr. Jimmy Steger, N.D., Ph.D., D.MA.

Attachment VI. Page 1 of 13.

# AFFIDAVIT

8/22/08

I was present at the property at 3900 Windsor Rd South of the Great Southern Outdoor and Institute during EHSIV stay at Oschner Hospital in New Orleans Louisiana. I have the knowledge of the exact time line of from the exact point which Evan Wolfe and his partner or agent, Noel Moser, removed and or stole property that was in the home of the foundation.

They stole and removed the mailbox, changed locks and attempted to remove mounted fixtures in the home as well as removed a large mahogany bar from the home. Other stolen property was inclusive of a pool table, Frederick Remington statue of four horseman weighing 750 pounds, linens, sheets, towels, books out of the library, bedroom refrigerators, silverware, household cleaning items, etc.

At approximately the same time, they placed a dumpster in front of home and they began to throw everything else in the home, including EHSIV's personal belongings into this dumpster.

I saw clothing in bathroom and closets inclusive of expensive robes, (Brooks Brothers), jewelry, one remaining Submariner Rolex watch and Rolex burlwood watch winding box were present in bathroom and closets one early morning.

That same day I saw all of this property missing after the only access to the house was from Moser and Wolfe for the supposed cleaning of the Sub-Zero refrigerator. I then saw Moser wearing coat owned by EHSIV (black cashmere full length coat) that had been present in his bathroom immediately before. I knew at that time that

they had removed these items, because they were there earlier that morning and now they were not there.

I did an inventory list and found his Rolex box, one remaining $12,000 Rolex watch gone, $30,000 750 pound four horseman Frederick Remington statue, silk robes from China, Brooks Brothers personal robe, cameras, watch winder box, jewelry, linens, sheets, towels, and silverware missing.

I have witnessed all of this and am willing to testify to all of it at any time for it is the truth, so help me God.

Rick F Bradley

*/s/ Rick F. Bradley*

21st Day of April, 2008

*/s/ Notary*

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Nov 13, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

# AFFIDAVIT

Regarding property stolen by Clint Ulmer, I dealt with Clint Ulmer and was in contact and contacted by, and talked and met and saw both Clint Ulmer his employee and right hand man Jack, and his attorney Buz Jordan as they made attempts to take, sell, and/or steal property belonging to the Great Southern Outdoors Foundation and Institute.

I was engaged in trying to protect the property in the home of the foundation at the request of the Smith family, and was at the property on a daily basis when I realized Mr. Ulmer and Jack had broken into the home and stolen a four beard turkey, fallow deer, antler Christmas tree, Indian chief Buffalo Bill Cody large lithograth painting, framed origional Confederate Flag, elephants foot, along with other items that they had admitted taking and not returned. (Frederick Remington statue) as well as taking a $30,000 bass boat and trailer that he obtained by deception of E.H. Smith III under threat of duress and false pretenses.

Ulmer admitted he was going to return all of this property to the possession of the foundation and he has never done so. He fails to answer all phone calls by myself or EH Smith IV.

I also have first hand knowledge of him attempting to steal two F350 Ford trucks and tried to falsify documentation to do so, as well as a small boat and trailer that I picked up from his office.

This is a truthful statement on my behalf and I am willing to testify or tell or be interviewed about these thefts or attempted thefts at any time because this is my true testimony of these events so help me God.

Rick F. Bradley

21st Day of April, 2008

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Nov 13, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

This is a letter to serve as testimony to the condition of the house before and after the absence of E.H. Smith. The mansion located at 3600 Windsor Road South in Theodore was in excellent condition with the exception of all the complex systems: Electrical, Mechanical, Security, Telephone, Elevator, Pool, Sauna, Chiller, and Steam room. Everything on the ground floor with a motor, pump, compressor, or heating element was rusting or seized-up due to Hurricane Katrina flooding.

The wastewater treatment plant located in a separate building also had not been repaired after the Hurricane Katrina flooding. All looked good to the standard you would expect in a residence of this size and style. The grounds were well-kept, and the floors shined. The pool and the pond were clean and working, and looked very good. I know all of this to be true because I have worked with Mr. Smith and witnessed what had to be done after Hurricane Katrina.

As to the condition of the house now, the floors are scratched and gouged from the careless removal of furniture. Door casings and trim were dented and chipped also. The doors most all have damage- some totaled due to breaking process. Parts of banister were busted just to make moving the stolen items easier. The house was indeed vandalized, in the process of a "clean-out type" of robbery. Signed: _[signature]_

Signed: _[signature]_

# VERIFIED STATEMENT AND AFFIDAVIT OF LAUREN E. DAVIS CONCERNING THE THEFT AT 3900 WINDSOR DRIVE, SOUTH

In November of 2007, I was arrested for lack of automobile insurance on my vehicle. Alan Yeager, and employee of Mobile Bonding Company at the time, handled my bond. I had called Mr. Yeager to inquire about the method of payment for the bond, and while I was speaking to him, I asked him if he knew Edmond Smith IV. I know Mr. Smith and I thought that since he was in the bonding business, he may know him. Mr. Yeager confirmed the fact that he not only knew Mr. Smith, but he and some others were specifically sent to Mr. Smith's residence to steal his personal possessions while he was out of the country. He told me that he was sent to "clean out the house". He and some others who were

with him accomplished just that. Mr. Yeager mentioned Mr. Smith's extremely valuable gun collection, and he also admitted to personally taking papers out of Mr. Smith's desk in his private office. He also was able to describe to me a boat that was in the boat lift when they were in the house. I told Mr. Smith of this phone conversation of my own free will and I deem this affidavit to be a truthful recollection of said conversation.

_Lauren Elizabeth Davis_ (signature)
**Lauren Elizabeth Davis**

~~Witness~~

8-27-08

Notary Public
State of Alabama
County of Mobile
Exp 12-17-08

# AFFADAVIT

Verified Statement:

I Sandra Davis headed up the restoration of the Olympic indoor swimming pool at the Great Southern Outdoors Foundation and Institute at 3900 Windsor Road South. My primary area of expertise was artwork. We painted 70 individual pieces of artwork in this Olympic size swimming pool after all the restoration to the pool itself had been completed and 12 coat of indigo blue epoxy paint had been applied. Each one of these fish (artwork) were painted in multi-layers to be in a live action setting and anatomically correct in every way. They were designed to spark the imagination of children and not to look like it came out of an encyclopedia. These fish (works of art), many of which were taken from actual photographs of live fish or from works of the famous marine biologist and artist, Guy Harvey.

The artwork that was placed in this pool took many hours to complete over a period of three months. We began In October of 2006 and completion was done in December of 2006. After the fish were completed, they were sealed with a clear coat of epoxy. The pool was filled with pure water after the epoxy was given a chance to dry over a period of thirty days. At that point, the pumps and general operation of the pool resumed for the first time after Hurricane Katrina.

/s/ Sandra Davis

I inspected the artwork and the pool on numerous occasions for the next six months as I was also involved in other restoration projects relating to the Great Southern Outdoors Foundation and Institute. At no time did I ever observe any problems with the artwork. It maintained it's luster and integrity each time it was viewed. I was extremely proud of the work that was accomplished. It was truly a wonder to behold.

At some point in February of 2008, I was asked to come to observe a reported act of vandalism to the artwork that had been painted in the pool. Since that point and time, I have been informed of tests that were administered to the water in the pool. These tests came back positive for chemicals conducive to battery acid being placed in the pool. It is my opinion, the artwork in the pool was destroyed by a chemical substance. The fish would never have been destroyed to the extent they were in pure water over a 6 month period. There definitely was an act of intentional malice and vandalism. It literally broke my heart to see this maliciousness. What was even worse in my opinion, the children that this pool was designed for were never given the opportunity to enjoy it.

_____

Jammy Mazingo  8/18/08

My Commission Expires
03-26-2012

# AFFIDAVIT

I Paul A McAleer do so state to be true:

I have known Edmund H. Smith IV for about 15 years. Ed has always been a good friend and mentor to me. He is one of those friends you can always count on to be there for you, no matter how bad things get. I have seen him help many people including his family and friends. I would say that 99% of the time does Ed not benefit, but ends up paying for peoples mistakes – a lot of time without any gratitude at all.

I think a lot of people don't really understand Ed. He reminds people of someone who may have been in the old west days, kind of a rough, tough, outdoors kind of outlaw character. That really is not the case. Ed has worked hard to obtain what he has. A lot of people think it just happens because he is lucky, but as Ed always said, "The harder I work, the luckier I get."

I have witnessed Ed make many business deals throughout the years. He is very meticulous when it comes to details. He makes sure all details are clear to all parties and nothing is left unattended. His mind is like a steel trap. When terms are agreed, both parties have time to think about terms and then decide whether to take the deal or not. Ed always says, "If you take the deal, it will be carried out to the exact letter of how the agreement was agreed upon – with no variation on either side. The person then has the opportunity to take it or leave it – no hard feelings.

Many times I have witnessed that other people would have trouble – for whatever reason – carrying through with their part of the deal. I noticed they could still come to Ed and renegotiate to help themselves, often at a loss to Ed.

As long as I have known Ed he has always had a big heart. I have personally witnessed that his greatest joy and most cherished accomplishment has come when he has helped needy and helpless people. He has always taken handicapped children hunting and fishing and has always paid for every bit of it out of his own pocket. Ed has always been a Christian and has witnessed to me many times when he thought I was getting off the right path.

When I heard he had set up a foundation to pursue such charity actions I thought to myself "Yeah, that sounds about right." It was something he talked about since I knew him.

I moved away and lost contact with Ed for a couple of years. I came home and was invited to dinner at El Giro to talk about Ed. It was presented to me by Noel Moser that he was writing a movie about Ed to be co-written by Winston Groom. He started asking me questions about his life. I only know good things, so I was telling those stories. I began to see that that wasn't what they wanted. They were there trying to dig

up dirt, and were becoming upset that they weren't getting any from me. They ended by calling Ed a "creep". That was the end of that dinner.

When they saw I wouldn't lie to hurt Ed, I felt they turned on me. Steve Orso had some guns stolen. They said they had proof that I had taken them and that I was going to get in trouble. I have no idea about the disappearance of these guns and have said many times that I would gladly take a lie detector test to prove it.

Me and Steve Orso – at the request of Ed- went to clean up the Fowl River house. We noticed a For Sale sign in the driveway. Noel Moser immediately drove up behind us. He got out of the car, and I noticed, without a doubt, that he was wearing Ed's long, black, cashmere coat. He threatened us saying that if we didn't leave the police would be called and we would be arrested

I met Evan Wolfe one time when me and Ed took a stuffed crocodile to his home to keep until he had his Fowl River house. He was introduced to me as "Buck". I understood he was a preacher and had a church somewhere.

I heard them talking about the foundation and it was clear that it was Ed's and Ed was to be in charge.

Due to my association with Ed and his family, I feel that his freedoms allowed every American were infringed upon. Now that I have seen the newspaper articles and all players have been identified, it becomes apparent to me that these people set out to destroy Ed, and steal whatever they could. As long as I have known Ed he has done nothing but help people, and these same people all the while were sharpening their knives to stab Ed in the back. I guess the old saying is true, "No good deed goes unpunished."

I come forward of my own free will, and can be contacted at any time @ (850) 485 – 1181.

_Paul A. McAleer_

Paul A. McAleer

State of Florida

County of Okaloosa

Subscribed and sworn to (or affirmed) before me this 10th day of September 2008, by Paul A McAleer who presented FL DL as identification.



Notary Public Jessica Heinzl

My commission expires Aug 6, 2011

# Affidavit

This 14th day of April 2008 I Paul Adrian McAleer having been duly sworn states the following:

    I was invited to a dinner with Noel Moser at El Giro Restaurant in Mobile. I was told he wanted to discuss my friendship with Edmund Smith IV because he was writing a movie based on his life. He asked me questions like what is his favorite song, they could use it to start the movie. The mood soon changed and he asked me questions I felt were derogatory towards Ed- like he was digging up dirt. When I wouldn't go along with his suggestive questioning he started getting somewhat upset saying things like "Ed's a bad person" "You shouldn't defend him."

    It began apparent that Noel wasn't acting in Eds best interests. There were no planned meetings after that.

    Ed had contacted me from jail and asked me to go to the house on Windsor drive to look around and clean up inside the home. Me and Steve Orso drove down to the home, and out of nowhere, Noel comes driving up and told us not to be there. I don't remember the exact words but I felt as though by being there I could get in trouble with the law, so I left immediately.

    I was told that Noel had control of the house because of a partnership with Evan Wolfe and Eddie Curran.

    I went home to Ookaloosa Island and have not talked with Moser since then.

    I will testify in court about this at any time.

_Paul A Mcaleer_
Paul A Mcaleer

State of Florida

County of Okaloosa

Subscribed and sworn to (or affirmed) before me this _14_ day of _April_, 20_08_, by _PAUL A. McALEER_
who presented _FLDL. M346-681-71-099-0_ as identification.

LIDIA B. LABRADOR
Notary Public - State of Florida
My Commission # DD 761065
My Commission Expires Feb. 21, 2012

Notary Public: _Lidia B. Labrador_

My commission expires _2/31/12_.

*HOOTERS BOAT*

# AFFIDAVIT

Mike Parker called Edmund H Smith III and asked me if I knew how to get in touch with Edmund H Smith IV or if I knew were he was or how to get a hold of him. I told him I did not know how to get a hold of him at this moment and that he was in the hospital and I had not heard from him due to the fact that he was very sick. Mike said that he was concerned that someone was going to try to steal the Hooters boat and that he didn't want anything to happen to it. He wanted to pick up the boat and that he was going to take it and lock it up in a secure warehouse for safe keeping until Edmund H Smith IV recovered and was able to return and then at that time he would return the boat to Edmund H Smith IV, Or the foundation, the rightful owners. He asked me to go over to Sammy Gulsby Marine repair shop and make a list of the contents on the boat as he was concerned that personal items might be stolen off the boat that belong to Edmund H Smith IV. I went and made a list of the personal items on the boat, paid the bill on the boat and faxed this list to Mike Parker. He said he wanted to return my money for payment of this bill and that he was going to take this boat and put it in the warehouse for safe keeping until Ed Smiths return. All of this was a lie and he has never paid anything on the boat and or the repairs. I will be happy to take a lie detector test to prove this is a true statement and I am willing to meet or testify at anytime as to the validity and truth of these events.

*[signature: Edmund H Smith]*

Edmund H Smith III

*[signature: Margaret L. Hargrave]*
NOTARY PUBLIC STATE OF AL
MY COMMISSION EXPIRES JULY 24, 2010
MAY 15 2008