Verified Statement

AFFIDAVIT

I am Donald Oglesby and was employed with Top Catastrophe Team Services after Hurricane Katrina. I started my employment doing local claims in Mobile, Alabama and after software training in Power Claim and NFIP (National Flood Insurance Program) classes and certification, moved onto flood class adjusting and mobilized at first in St. Rosa, Louisiana with Homeland Security, the Red Cross, LVI (the Nation's largest catastrophe clean up company) and the Top Catastrophe Mobile Disaster office (RV and trailer). My team and I first were located in a building and yard with water and power, but shortly thereafter power failed due to a power station explosion and we were forced to run off of generator power. Due to Hurricane Rita, we had to evacuate and relocate. After the hurricane we returned and re-mobilized but the conditions were not feasible so my team and I moved to Springfield, LA, the nearest location were basic utilities were available.

During this time I headed up an adjusting team for Top Catastrophe and began to adjusting claims in New Orleans, Louisiana, Mississippi and Texas. After everyone relocated and Marshall Law was lifted, the process of handling claims and processing data began. We got on track and all adjusting teams began to communicate with the

Corporate office of Top Catastrophe and processing claims and gathering data appeared to run like a well oiled machine.

Top Catastrophe Team Services moved to a centralized location with office and yard at 708 Carrollton Avenue and it provided several operations for the Katrina theater and all adjusters were turning in work in a timely and professional manner. At this time, we had received instructions from NCA (National Claims Administrators) /ICS (Integrated Claims Services) of how to use and upload claims and billing data to NCA/ICS thru their electronic web based data transference system. However, it appeared that there were problems with their system as it was not operating correctly. Knowing the data had been sent and received by their system, as well as Top Catastrophe corporate, they would continuously call the adjusters inquiring about field data that had already been sent in, which halted the progress of the adjusters, thereby causing us to repeat the process many times. The inconvenience of constant phone calls by NCA/ICS for data that had already been sent and in their possession, continued to compromise our ability to adjust claims. Therefore, I assigned a member of my team, Pam Singleton, the full time job of imputing and uploading data to the NCA/ICS transference system. In many attempts to correct the problems associated with their system uploading data, NCA/ICS changed procedures, however this failed to correct their system and they continued to have complications transferring data. Their data transference system continued to be

unreliable and had multiple failures.

Due to the problems receiving data, the bills were not getting paid by NCA/ICS and adjusters were running out of their own money and continuously having to get advances by Top Catastrophe due to NCA/ICS not paying for claims and data which they had already received.

I had a meeting scheduled with the President of Top Catastrophe Team Services, Edmond Smith, approximately the second week of November at the office on 708 Carrollton Avenue. I had been on a couple of claims earlier that morning and went to meet Edmond Smith. However, when my team and I arrived, we were informed he had been sent on an emergency (hot) claim that had to be tended to. At that point, it appeared everyone was in the parking lot in a rush to leave. I was then instructed by Linda Swope (office manager) and LeeAnn Carpenter to follow them to a meeting. At that time that was all I was told. Thinking it was a Top Catastrophe meeting and that Edmond would possibly be there, we followed them across town to a McDonald's restaurant parking lot and waited for the other adjusters and other people to arrive. It was then Rick Clark arrived with Mark Losier and Bob Barnett, President and top executive with NCA/ICS. We were told he had just picked them up from the airport. They went inside and got a bite to eat and then we were told to follow them to another location, which was a home in a neighborhood that one of the adjusters from Georgia had recently

purchased. When we first arrived they would not let us in the front door but after going around to the back door, we were able to get in. We realized it was a secret meeting that had nothing to do with Top Catastrophe Team Services. It was a meeting spear headed by Rick Clark, Mark Losier, Bob Barnett, Linda Swope and LeeAnn Carpenter. At this time they discussed they were no longer going to use the services of Top Catastrophe and were planning to fire them. They were interested in knowing if we would be willing to work for NCA/ICS, directly. We were told they knew they owed Top Catastrophe for all of our work and we would be compensated for said work. Hence, they knew they owed Top Catastrophe, but if we went to work for them directly, then they would pay us instead. However, at a later date they changed that saying we were to only be paid for work in or around the second week of November. During the meeting, the question of Top Catastrophe employment contracts and non competes, which all employees had signed, came up. That is when Linda Swope and LeeAnn Carpenter stated that paper work would not be available to present a problem. At such time Mark Losier and Bob Barnett got up and gave out paperwork to all the adjusters to sign which stated we would perform work directly for them. This paperwork was obviously prepared prior to this meeting or before they had disconnected from Top Catastrophe. After this meeting, I became aware of several other "secret" meetings in which I was not invited to. It appeared they were trying to approach only

ATTACHMENT VII page 4 of 15
Case 3:19-cv-00002-RRB   Document 1-7   Filed 01/04/19   Page 4 of 15

receptive adjusters of Top Catastrophe to work directly for them. However, before it was over, they approached every Top Catastrophe adjuster attempting to get them to work for them. Since then I have been made aware of and seen a Police report of a break-in and theft of the corporate office of Top Catastrophe at 708 Carrollton Avenue, at which time data, employment contracts, non competes, hard files, computers and all office equipment were stolen.

Several days after the meeting with Mark Losier, Bob Barnett, Rick Clark, Linda Swope and LeeAnn Carpenter, I contacted Edmond Smith to find out his view of what was occurring and to inquire about being paid. At that point, I was told they had received an e-mail telling them that NCA/ICS no longer needed Top Catastrophe's services due to the incompetence of their adjusters and lack of ability of the adjusters to timely transfer data to NCA/ICS. Although they were actively trying to hire every Top Catastrophe adjuster. We were also told NCA/ICS had never paid Top Catastrophe for our claims work, which made it impossible for Top Catastrophe to pay us due fact they had never received a ledger for the claims that had been accepted and thus paid to the claimant and or insured. It turned out after being employed by NCA/ICS they issued checks that bounced on a closed account. They finally made the these checks good. However, they never paid back the fees associated with their own bad checks, although they had repeatedly stated they would.

NCA/ICS's data transference system continued to have multiple failures and complications and never functioned properly. Therefore, in the end we have never been compensated for all of the claims, data, or work turned in the NCA/ICS.

_____   8/2/08
Donald Oglesby                    Date

_____   8/2/08
Notary Public                     Date

My Commission Expires
03-26-2012

Verified Statement

# AFFIDAVIT

I am Chad Brown and was an adjuster with Top Catastrophe working in the NEW Orleans, La, Texas, and Mississippi Theater post Hurricane Katrina. My job duties as an adjuster for Top Catastrophe Team Services, was to collect data on claims I or my team were assigned by Top Catastrophe. These duties included gathering BI coverage (business interruption) from the claimant, collecting data, which included taking measurements, photographs and assessing wind and flood damages and all other onsite data collection. At the end of each day, data was compiled into a format called Power Claim, which was the software we were asked to use by NCA/ICS for the data transference system which we were to upload all data to the claim management arm of such insurance companies which was NCA(National Claims Administration)/ICS(Integrated Claims Services). I was also involved in putting together time and expense reports and emailing such reports to NCA. At that time, we were told emails were not satisfactory, which had previously been satisfactory. We were then asked to use their online data transference system and resend all of our billing time sheet and expense data along with all of our claims data. We were asked to use a web-based system provided by NCA/ICS until such a point that it became obvious
ATTACHMENT VII page 7 of 15
Case 3:19-cv-00002-RRB   Document 1-7   Filed 01/04/19   Page 7 of 15

that their system was malfunctioning and not giving us credit for our billing or claims data, which the insurance companies so desperately needed. Their system continued to crash and malfunction and be unstable. At that point we submitted all data in a hard copy form either by fax, Fed Ex or Ups. The solution to these data transference problems by NCA/ICS seemed to be continually changing and after submitting the data in the new format in which they requested, they would then change their mind or add some type of new requirement. We would them submit it in their new form, and it still would not function properly and they would not receive the billing or claims data. After such a time, it became knowledge that one of their employees had erased or deleted all data from their data transference system. During some data base operations and or queries, we came to find out the reason they did not have our data was due to their negligence. We were told it was our fault, however that was not the case, then they changed their story and said it was a systems crash by their employees, but later found out that was not the case either. However, their system continually failed, until finally at which point, the executives at Top Catastrophe instructed us to put all of our claims and billing data in a hard copy form and fax or Fed Ex such documents. I have knowledge these forms were faxed and Fed Ex-ed from the Top Catastrophe corporate office. Although their data transference system continued to fail, we continued to submit any and all data on a daily basis. However, NCA/ICS still failed to submit said data for billing,

therefore we did not receive payment for this data on the scheduled pay periods. They blamed this on not receiving said information in a timely manner and or the proper format, although they admitted receiving the claims and billing data. Again, after submitting all data in their format or in hard copy form in a timely manner to their satisfaction, their negligence in receiving and processing said data continued over and over, and Top Catastrophe Team Services nor us received proper payment. After sending the data in a hard copy form by Ups or Fed Ex around the second week of November 2005, we returned to the corporate office of Top Catastrophe Team Service at 708 Carrolton Avenue in Meterie, LA for a scheduled meeting with the president of the company, Edmond H. Smith. However, upon our arrival, we learned he had been sent on an emergency (Hot) file. Upon our arrival, there seemed to be rush of a number of adjusters trying to leave the office and parking lot to go to some meeting. Linda Swope ( the Office Manager) and LeeAnn Carpenter instructed us to get into our car and follow them. At this point neither myself, Don Oglesby or Pam Singleton had any knowledge of this meeting. We were under the assumption that Edmond may be at such location and this would be a Top Catastrophe function. We went approximately 10 or 15 miles to a parking lot of a McDonald's restaurant where it became apparent we were waiting for an individual known to us as Rick Clark to arrive from the airport with the president of the NCA/ICS group, Mark Losier and Bob Barnett of ICS. After they

arrived we then followed them to a home inside of an exclusive housing development. Upon arriving at this home, we realized we had followed them to a clandestine meeting, which was not a Top Catastrophe meeting. This meeting was being headed up by Mark Losier and Bob Barnett of ICS, as well as Rick Clarke, Linda Swope, and LeeAnn Carpenter. Upon the starting of the meeting, they had a roll call for us to provide our names and personal information. After roll call, Rick made a statement that all of this had been made possible by Linda Swope and LeeAnn Carpenter who provided the phone numbers and information to Rick Clark to make it able to contact the insurance company and adjusters to schedule and create this meeting. After that, Rick Clark turned the meeting over to the president of ICS, Mark Losier and his executives. They began probing interest from the crowd as to whether we were under contract with Top Catastrophe and if we would like to work for them directly and get out from under contract with Top Catastrophe. At that point it appeared Rick Clark was trying to start his own adjusting company with Top Catastrophe adjusters. NCA president, Mark Losier and Bob Barnett asked if we would like to go to work for Rick Clarke and his team, and we said "no", as well as the adjusters at the meeting that were under contract with Top Catastrophe. At that point, Mark Losier and Bob Barnett made us an offer to work directly for them and then inquired as to whether we were under contract and if ther were non competes that would stop them from being able to hire us

directly. At such time, Linda Swope and LeeAnn Carpenter spoke up and implied that it would not be a problem and they had access to said documents and data at the corporate office of Top Catastrophe. A couple of days later there was a break-in at 708 Carrolton Ave, the corporate office of Top Catastrophe where those documents along with all other files, data, computers, hard files and office equipments (printers, fax, etc) were stolen. After this, we were told we could come to work for them directly without any potential liabilities. I then inquired about payment, and was assured we would get paid for all work up until that point, which I had not received payment for. At that point in time, they presented us contracts to work directly for them, which they obviously had prepared for the meeting. Mark Losier reiterated that by signing these contracts, we were to be paid for all work done up until this point for everything and this was echoed by his cohorts and executives. We received a verbal contract by Mark Losier and Bob Barnett for our payment of services. Several weeks after this meeting, after not receiving any payment, I was forced to go back home due to lack of funds. I was then contacted by Linda Swope and was told NCA had sent a check to me. I went to pick up the check and realized it for only a small portion of what I was owed and a fraction of the data for what I had turned in to NCA and that was when I found out they were only willing to pay me for the date I signed the contract to go to work directly for them and contrary to what they had stated in our previous conversation. Being

short of funds, I reluctantly signed contracts with NCA/ICS to get compensation for the work I had previously done, considering I had not received any payment. I then received a check from NCA/ICS, which was the first and only check I received from them. It was stated the check was for a partial amount. However I never received the remainder they claimed I was owed. I only signed their contracts to get paid for work I had done for 4 months during the aftermath of Katrina. The only work I had done, was for Top Catastrophe and Edmond Smith, who did give advancements my team and continually tried to meet the criteria to get all of us paid. I never did do any work directly for NCA/ICS even though they received all data from the work I did in the aftermath of Hurricane Katrina. I then returned home to Mobile, AL after losing all faith in NCA/ICS for nonpayment to us or Top Catastrophe Team Services for the data which was submitted.

_____   7-30-08
Chad Brown                                           Date

_____   7/30/08
Notary Public                                         Date

My Commission Expires
03-28-2012

Claims Service Provider, Inc. & Top Catastrophe Team Services
Adjusters & Management

| # | Name | # | Name | # | Name |
|---|---|---|---|---|---|
| 1 | Abner, James | 36 | Chestnas, John | 70 | Gouins, Linda (secretary - 5 offices) |
| 2 | Anderson, Garland | 37 | Clarke, Rick ** | 71 | Gouins, Pat |
| 3 | Anderson, Rick | 38 | Click, Donna | 72 | Gouins, Shawn |
| 4 | Arguijo, Adolf | 39 | Click, E.A. | 73 | Haney, Rick |
| 5 | Baker, Ron | 40 | Cottingham, Michael | 74 | Harrel, Brain |
| 6 | Barnes, Robert | 41 | Cox, Russell | 75 | Hauck, Gene |
| 7 | Bassford, Jerry | 42 | Craft, Gary | 76 | Hellige, Scott |
| 8 | Bennett, Darrell | 43 | Craft, Sharron | 77 | Hess, Bruce |
| 9 | Bennett, Norman | 44 | Crespo, Orlando | 78 | Hurta, Cindy |
| 10 | Berry, Kyle | 45 | Cunningham, Nolan | 79 | Issac, Joe |
| 11 | Blake, Gina (secretary-4 offices) | 46 | D'Avanzo, Bo | 80 | James, Melinda |
| | | 47 | Davis, Bobby | 81 | Jones, Damon D. |
| 12 | Blake, Richard | 48 | Davis, Lauren (secretary - 1 office) | 82 | Johnson, Ben |
| 13 | Borzowitz, Adama | | | 83 | Johnson, Max |
| 14 | Bradley, Jack | 49 | Davis, Sandra (secretary - 2 offices) (C.E.O. Personal Asis) | 84 | Johnson, Shari A. |
| 15 | Bradley, Terry | | | | |
| 16 | Brant, John | 50 | Dick, Jerry | 85 | Johnston, Mike |
| 17 | Brian, Scott | 51 | Dixie, Ted | 86 | Karahalious, Herb |
| 18 | Brice, James | 52 | Effinger, Bill | 87 | Kasse, Kevin |
| 19 | Brock, Steve | 53 | Elken, Chris | 88 | Keller, Brett |
| 20 | Brocowitz, Adam | 54 | Elliot, Chris | 89 | Kennedy, Lucin |
| 21 | Brodie, David | 55 | Ellis, Sarah | 90 | Kiefer, Paul |
| 22 | Brown, Chad | 56 | Fales, Jr., Dwayne | 91 | Kilcarr, Tracy |
| 23 | Buffington, Tom | 57 | Fales, Sr., Dwayne | 92 | Kins, Polly |
| 24 | Burd, Kevin | 58 | Fairman, Marzel | 93 | Klein, Bernard (a/k/a Bernie) |
| 25 | Burleson, Adam | 59 | Fairman, Michelle | | |
| 26 | Burleson, Preston | 60 | Feltz, Ben (data tech - office) | 94 | Knight, Charles |
| 27 | Cain, Rochelle (secretary-3 offices) | | | 95 | Kudla, Newl |
| | | 61 | Ferrin, Dan | 96 | Langley, Barry |
| 28 | Calvo, Tony | 62 | Ferrin, Rick | 97 | Lebo, Susan (secretary -8 offices) |
| 29 | Cappelletti, Bob | 63 | Ferrin, Ron | | |
| 30 | Carpenter, Leanne * | 64 | Fick, Thaddes | 98 | Leggett, Scott |
| 31 | Celli, Ron | 65 | Gault, Sarah | 99 | Loewen, Mike |
| 32 | Celli, Ronald | 66 | Gaurino, Thomas | 100 | Loewen, Rusty |
| 33 | Cheek, Louise | 67 | Geska, Edward | 101 | Loewen, Steven |
| 34 | Chester, Dixie | 68 | Giddens, D.R. | 102 | Mahoney, Jay |
| 35 | Chestnang, Jeff | 69 | Giddrik, J.D. | 103 | Mann, Tracy |

\* Carpenter co-conspirator with Rick Clarke & Linda Swope
\*\* Clarke collaborator with ICS/NCA agents, while never completing CSP/TCTS employment contract, non-compete & indemnity agreement

| # | Name | # | Name | # | Name |
|---|---|---|---|---|---|
| 104 | Mann, Tracey | 139 | Shaw, Griffin | 173 | Troescher, Gary |
| 105 | Martin, Debbie Jean | 140 | Shellum, Brad | 174 | Turner, Floyd J. |
| 106 | McEachern, Joey | 141 | Shellum, Kelly | 175 | Turner, Justin |
| 107 | McKee, Robert | 142 | Singleton, Pamela | 176 | Veney, Perry |
| 108 | McMullin, Cecil | 143 | Slegg, Bob | 177 | LOPEZ, Carlos (logistics) |
| 109 | Mendel, Phillip | 144 | Smith, Ana | | |
| 110 | Moore, Jarett | 145 | Smith, Christopher L. (jr. adjuster) | 178 | Villeareale-Rodriguez, Miguel (logistic) |
| 111 | Moskav, Eric | | | 179 | Wahlin, Casey |
| 112 | Mullen, Dave | 146 | Smith III, Edmond H. | 180 | Walter, Rob |
| 113 | Mulligan, Steven | 147 | Smith IV, Edmond H. | 181 | Ward, Robby |
| 114 | Muse, Keary | 148 | Smith, Lonnie | 182 | Warek, Ted |
| 115 | Mogosek, Paul | 149 | Smith, Steven | 183 | Weaver, Stan |
| 116 | Oglesby, Don | 150 | Snow, Mark | 184 | White, Darryl |
| 117 | Oranzi, Mike | 151 | Spence, Brantley | 185 | Wickerson, Shawn |
| 118 | Orso, Steve | 152 | Stahler, Robert | 186 | Williams, Charlie |
| 119 | Owen, John | 153 | Stark, Bob | 187 | Williamson, Charlie |
| 120 | Pace, Robert | 154 | Stark, Kirk | 188 | Willett, Joy |
| 121 | Paquette, Michael | 155 | Starnes, Lonnie | 189 | Wilson, Steven |
| 122 | Patterson, Dan | 156 | Starnes, O'Neal | 190 | Witt, Kimberly |
| 123 | Pavlick, Douglas | 157 | Steed, Nita | 191 | Wolf, Kyle |
| 124 | Perdew, Chad | 158 | Steen, Juanita | 192 | Wright, Wayne Cart |
| 125 | Perdew, Jack | 159 | Stevens, Robert | 193 | Yeager, Kevin |
| 126 | Pettaway, Herbert (logistics) | 160 | Strickland, Michael | 194 | Yoider, Roy |
| | | 161 | Strickland, Tom | 195 | Zirul, Ken |
| 127 | Pettit, Mike | 162 | Swope, Dale | 196 | Zurell, Warren |
| 128 | Ponzo, Michael | 163 | Swope, Linda *** (secretary-6 offices) | | |
| 129 | Purvis, Kyle | | | | Supplement: |
| 130 | Reed, Sonya | 164 | Szmajser, John | 197 | Coggins, Phillip |
| 131 | Reid, Ryan | 165 | Taylor, Diana | 198 | Cline, Bernard (a/k/a Bernie) |
| 132 | Richardson, Kent | 166 | Taylor, Gary | | |
| 133 | Richardson, Michael | 167 | Thorpe, Kevin | 199 | Willims, Corie (secretary-7 offices) |
| 134 | Ryan, Allan | 168 | Thorpe, Paul | | |
| 135 | Sanders, Kirk | 169 | Tindell, Jim | 200 | Sharon Kay Henson--Coggins (secretary-9 of) |
| 136 | Schryers, Alvin | 170 | Todd, David | | |
| 137 | Scott, Corey | 171 | Torra, Wayne | | |
| 138 | Shaw, Eric | 172 | Tracey, Robert | | |

*** Linda Swope co-conspirator with Leanne Carpenter & Rick Clark, & leaked confidential corporate material of CSP/TCTS to NCA.ISC agents

adjusters

Baker, Erice
Beraine, Bradley
Cona, Frank
Galvan, Nancy
Geska, Mellessa
Higgins, Jennifer
Kennedy, Robert
Locke, Robert
McWilliams, Aron
McWilliams, Keith
Teal, Derek
Turner, Lenny
White, Darryl
Williams, Dave
Yeager, Keith
Zerniak, Chris

OFFICE STAFF SEC/LOGS. 3
GENERAL ADJUSTER'S. 23
EXECUTIVE GENERAL ADJUSTER'S. 184
-----(OFFICERS) EXECUTIVES 5