

**Clay, Massey & Associates, P.C.**

R. Edward Massey Jr.
Alan M. Colvin

J. Calvin Clay
of Counsel

August 4, 2008

Attorneys at Law
509 Church Street
Mobile, Alabama 36602
Tel: (251) 433-1000
Fax: (251) 438-4079

Hon. John M. Tyson, Jr.
District Attorney
Mobile County, Alabama
County Court House
Mobile, AL 36602

RE: Edmond H. Smith, IV

Dear John:

Please find attached hereto a notebook which delineates and organizes the items that Mr. Smith states were taken from his property, also included are affidavits of potential witnesses concerning their knowledge of those items allegedly stolen from his house. There are also allegations concerning a boat and equipment which Mr. Smith alleges were taken plus vandalism of the home located at 3900 Windsor Drive.

All Mr. Smith is asking for is that there be a report of the items which were allegedly taken so that these incidences can be investigated by the Attorney General's office of the State of Louisiana. As I told you in an earlier conversation, I spoke with the Louisiana Attorney General's office, and they asked me to contact you since, apparently, the Sheriff's Department and the Alabama Bureau of Investigation had reached an impasse as to who was going to conclude this investigation and render a report. The Louisiana Attorney General's office told me that they were highly involved with this matter, and they needed a report that these items had been the subject of a theft report or loss report here in Mobile County. I have talked to Mr. Howell at ABI and also the Sheriff's office. Apparently, there is some sort of jurisdictional debate over which agency should do this report.

It seems to me that <u>somebody</u> ought to be willing to prepare a report that Mr. Smith, in fact, has reported that these items were stolen, that his house was vandalized and that he has had a crime perpetrated against him, his family or related companies. I implore you to review this matter and help Mr. Smith at least get a report of these incidences so that he can take the report to the State of Louisiana and allow them to finish their investigation.

Your kind attention and cooperation in this matter will be greatly appreciated.

Very truly yours,

Edward Massey

EM/aj

Attachment

Attachment VIII. Page 1 of 1.