VERIFIED STATEMENT AND AFFIDAVIT OF NANCY BARNETT CONCERNING BOAT HYJACKING AND THEFT OF FOUNTAIN HOOTER'S BOAT AT FOWL RIVER MARINA SUMMER OF 2006

NE 26

In July of 2006, a little after 2:00 in the afternoon, I had gone to the Fowl River Marina to meet a friend of mine who manages the bar. As I was sitting at the bar, waiting on my friend to finish her work, I was looking out of the window. I saw two trucks pull up very fast. One of the trucks slammed on breaks and then someone jumped out of the back of that truck and took the hitch off of the truck that the Hooter's boat was attached too. The second truck tied a chain to the back of the boat and snatched it back. Then the truck pulled in front of the boat to the trailer, and began hooking the boat to the truck. At that point, I told the manager that someone was stealing the Hooter's boat. She did not believe me. I knew who this boat belonged too, so I stepped outside and asked the man who was taking the boat if he was stealing it, or did it belong to him. At that point, the man preceded to pick up a gun that was lying on the front seat of the truck. He pointed the gun out the window and then told me that it was none of my business. I then turned around and ran back into the restaurant. I saw Edmund Smith, the man who owned the boat, inside the restaurant so I ran over to him, extremely shaken and told him someone was stealing his boat. I don't think he believed me because he said he didn't think so. I yelled that men were stealing his boat. At that point, Edmund Smith ran outside to see what was happening and a struggle ensued between him and 5 men. The man who actually had the boat attached his truck, made a large u-turn through the parking lot, but before he sped out, another man jumped into the back of the boat. The boat was not attached to the truck properly, the ball and

the jack was dragging the ground. Mr. Smith was trying to stop these men. He later told me that they had knocked him down and ran over his left leg with the boat and trailer. The man taking the boat then pulled out on Dauphin Island Parkway where he completely stopped traffic and forced a couple of cars off the road to keep from hitting him. I called my son and my husband to make sure they were not on Dauphin Island Parkway because there was a large boat attached to a truck going too fast with another truck following them. Mr. Smith then got into his truck after being run over with the boat and trailer, and pursued them.

It is my opinion that these men came to the restaurant with the premeditated intent to steal this boat. I shutter to think what would have happened to me if I had persisted in finding out why they were taking the boat. The man with the gun could have shot me down were I stood.

I came forward on my own accord to tell Mr. Smith what I had seen. I read what was written about this event in the newspaper, and I was appalled at the fact that what was written and what I saw were two different things. I wanted to set the record straight.

I deem this personal account of the previously written events to be absolutely true.

Nancy Barnett

Witness Tammy Mazingo

My Commission Expires
03-28-2012

PER: DR. D. MINION
7/11/2015
EDMOND H. SMITH IV

NORMAL FOOT



"CHARCO" DEFORMED FOOT COMPARISON.

MY LEFT FOOT



7/11/2015



NORMAL LEFT FOOT



MY LEFT FOOT

Attachment IX. Page 4 of 8.

# CERTIFICATE OF TITLE FOR VESSEL

| Title Number | NC Vessel Number | Hull Identification Number | Title Issue Date |
|---|---|---|---|
| 174727 | NC-4300 WZ | FGQ8C111J405 | 04/04/2005 |

Year: 2005
Model: 38 SPORT FISH
Manufacturer: FOUNTAIN
Length: 38 feet 0 inches
Hull Material: Fiberglass
Type: Open

BANK OF AMERICA
P O BOX 2759
JACKSONVILLE, FL 32203

## Owner Information

**First Owner Name and Address:**
THORNTON, GEORGE ALDEN IV
1057 CREEK ROAD
KITTY HAWK, NC 27949

**Second Owner Name and Address:**

**Third Owner Name and Address:**

## Lienholder Information

**First Lienholder**    Date of Lien: 03/16/2005
BANK OF AMERICA
P O BOX 2759
JACKSONVILLE, FL 32203

**Second Lienholder**    Date of Lien:



### WITHOUT RECOURSE AND WITHOUT WARRANTY
### Release of First Lien
BANK OF AMERICA

The undersigned holder of the First Lien of the vessel described in this certificate of title, does hereby state the first lien and encumbrance is released and discharged.

Name of Lienholder: _____
Authorized Agent: George F. Colman
Date of Release: 7/31/06

Notary Information (required): State of California, County of Orange, ss.
Sworn to and subscribed before me this 31st day of July, year 2006
Notary Public Signature: _____
My Commission Expires On 3/28/2010

*Affix Notary Seal or Stamp Here*

The Executive Director of the North Carolina Wildlife Resources Commission hereby certifies that an application for a Certificate of Title has been made for the vessel described herein; has been filed pursuant to the provisions of Chapter 75A of the North Carolina General Statutes; that the applicant(s) named on the face hereof has been duly recorded as the lawful owner(s), and that the applicant(s) has stated, under oath, that he is the owner of the vessel described herein; and that it is subject to the liens listed herein and none other.

As, WITNESS, his hand and seal of the Commission on the day and year appearing in this certificate as the title issue date.

*Richard B. Hamilton*
**Executive Director**
**N.C. Wildlife Resources Commission**

01/05

**ANY ALTERATIONS OR ERASURES VOID TITLE**

Attachment IX. Page 5 of 8.

$898,000.00 PLUS ELEC & EQUIP

+ FOUR (4) 300XS OPTIMAX RACING ENGINES
$198,653 TOTAL W/ELECS & EQUIP
TOTAL = $1,096,653



### CERTIFICATE OF ORIGIN FOR A VEHICLE

DUPLICATE

DATE 11/1/2004
INVOICE NO. JC006013
VEHICLE IDENTIFICATION NO. 4JFBA96925B006013
YEAR 2005
MAKE MYCO
BODY TYPE Boat trailer
SHIPPING WEIGHT 2,700 LBS
H.P. (S.A.E.)
G.V.W.R. 18,000 LBS
NO. CYLS.
SERIES OR MODEL MWA34-36XHTR

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.
NAME OF DISTRIBUTOR, DEALER, ETC.

Alden Thornton
1057 Creek Road
Kitty Hawk, NC 27849

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

MYCO TRAILERS, INC.

Z03747462
Z.03747462

BY: (SIGNATURE OF AUTHORIZED REPRESENTATIVE) (AGENT)

BRADENTON, FL 34208
CITY - STATE

$35,748.²⁵⁄₀₀

MYCO 518000 LB W/25T

Attachment IX. Page 6 of 8.



|  | | | |
|---|---|---|---|
| SIMCO WOOD ☐ | TAXABLE ☐ | Date | 8-1-06 |
| SIMCO MARINE ☐ | COUNTY Mobile | Area | |
| BOAT LIFT DOCTOR ☐ | NON TAXABLE X | | |

| Lead # | Quote X | Date | Salesperson WS |
|---|---|---|---|
| # | Order ☐ | Date | Due Date |
| | Invoice ☐ | Date | |

**Customer Name & Address:** Ed Smith

**Home Phone** 973-0855
**Cell** 545-6462
**Fax** 383-7615 - Cell
**Office**
**Job Location** Bellow Gnash Rd to Fowl R. Yow Rd

**Description:** Storm Damage
Re Set Piling Re Set Deck
Repair Existing Structure

~~PAID~~
CK. NO. 1019
DATE Aug 1 06

* Note customer is responsible for proper electrical to the IMM plug.

**Grand Total** 32,500

Terms: Price of lift kit down _____ Balance due on completion
To accept these terms please sign: X _____

Please Make Checks Payable To:
Simco Marine
11304 McKenzie Rd
Fairhope, AL 36532
TOLL FREE 1-877-502-5438
or (251) 967-5438
FAX (251) - 990-4123

Thank you
For your business!

Case 3:19-cv-00002-RRB   Document 1-9   Filed 01/04/19   Page 7 of 8

Attachment IX. Page 7 of 8.



Attachment IX. Page 8 of 8.