# VERIFIED STATEMENT AND AFFIDAVIT OF LAUREN ELIZABETH DAVIS CONCERNING THE THEFT OF 50' CLASS A GULF STREAM MOTOR HOME CRENSHENDA RV

IN ~~MARCH~~ FEBUARY OF 2006, I WAS WORKING AT 3900 WINSOR RD. SOUTH, THE HOME OF THE FOUNDATION, FOR TOP CASTROPHE/ EDMOND SMITH IV. IN THE LATE AFTERNOON A MR. PHILLIP COGGINS CALLED THE HOUSE AND TOLD ME HE WAS SENDING SOMEONE OUT TO TAKE THE MOTOR HOME FROM THE PREMISES WITH THE INTENTION OF TAKING HIS FAMILY ON A TRIP. I TOLD HIM THAT I WAS NOT GOING TO GIVE HIM THE KEYS UNLESS I HAD PERMISSION FROM MR. SMITH. HE TOLD ME THAT HE HAD PERMISSION AND THAT IT WOULD BE OK. AS SOON AS THE PHONE CALL ENDED, I TOLD THE HOUSE KEEPER, DOMICKA DICKENS, THAT HE WAS SENDING SOMEONE TO GET THE KEYS AND THAT I DIDN'T FEEL COMFORTABLE GIVING THEM TO HIM WITHOUT MR. SMITH'S CONSENT. DOMICKA, THEN TOLD ME TO HIDE THE KEYS AND SHE SAID THAT IF SOMEONE CAME TO THE DOOR SHE WOULD SIMPLY SAY SHE COULDN'T FIND THEM. SO I PUT THE KEYS UNDER THE MATTRESS IN ONE OF THE BEDROOMS.

LATER ON THAT EVENING, SOMEONE CAME TO THE HOUSE TO PICK UP THE KEYS TO THE MOTOR HOME AND TO TAKE IT OFF THE PREMISES. I WAS LAYING DOWN AND DOMICKA ANSWERED THE DOOR. DOMICKA CAME TO MY DOOR AND ASKED FOR THE KEYS AND SO I HANDED THEM TO HER. SHE ASSURED ME THAT IT

*WAS OK BECAUSE HE HAD PERMISSION FROM MR. SMITH.*

*MR. SMITH RETURNED HOME LATER ON THAT NIGHT AND HE ASKED US WHERE HIS MOTOR HOME WAS. HE TOLD US THAT MR. COGGIN HAD NO PERMISSION TO TAKE THIS MOTOR HOME FROM HIS PREMISES. WHEN MR. SMITH TRIED TO CONTACT MR. COGGIN CONCERNING THIS, HE WOULD NOT ANSWER HIS PHONE.*

*I DEEM THE ABOVE AFFIDAVIT TO BE TRUE.*

_Lauren E. Davis_
**LAUREN ELIZABETH DAVIS**

_[signature]_  9-10-08
**NOTARY**

State of Alabama
County of Mobile
Exp 12-17-08

# AFFIDAVIT

On the day of the removal of the Creshenda motor home owned by Top Catastrophe Team Services from 3900 Windsor Rd South Edmund H Smith IV was not present. He was being held at Mobile County Jail until a fine was paid. I Edmund H Smith III was down at the jail seeing what I had to do to get the money to help him pay this fine. At approximately 11 a.m. that day I received a phone call from Mike Parker. He pretended to be concerned about the well-being of EHSIV's whereabouts and when I was going to be able to get him released and when he would be back down at 3900 Windsor Rd. and the status of the hole in his foot that was infected. I told Mike Parker that I had been told that I would have to go get cash money for his fine to be paid and it would take approximately six hours to get the paper work done and to get him released. At that time Mike Parker said let me put you on hold. That he had an incoming call from Phillip Coggin and he needed to talk to him for a minute or so. I said go ahead that I would hold. Mr Parker got Mr. Coggin on the phone but somehow I was still on the line, so I could still hear what they were saying. Mike did not realize that he had left me on the phone line also. Mr Parker told Mr Coggin that he in fact had been talking to me and that EHSIV would be out around 7:00 p.m.. That what they had discussed the stealing of the motor home that was parked on the foundation property at 3900 Windsor Rd. and at that point Mr Coggin said he was on his way to steal the motor home and he would have it picked up and remove it from the property when EHSIV wasn't home.

After Ed was released and we returned to Windsor Rd, in fact we were told that Phillip Coggin had come down to the home and removed the keys for the motor home,

Attachment X. Page 3 of 11.

after entering the house without permission, out of EHSIV bedroom. He then proceeded to steal batteries out of a hydraulic deer stand and then stole the motor home. All of these events were witnessed by the domestic engineer and housekeeper and contractors at the home. They were unable to stop him. This is a true statement of the removal of the motor home. I will be happy to take a lie detector test to prove this, and/or testify to its truthfulness at any time.

*[signature]*

Edmund H. Smith III

*[signature]*
NOTARY PUBLIC, STATE OF AL
APRIL 15, 2008

MY COMMISSION EXPIRES JULY 24, 2010

# PURCHASE AGREEMENT

10360 Beach Blvd. • Jacksonville, FL 32246
1 (800) 726-8686 • 1 (904) 998-0296 • Fax: (904) 642-4848
www.suncoastrv.com

| | | | | |
|---|---|---|---|---|
| NAME: Services, Top Catastrophe | DATE OF BIRTH | SOC. SEC. # | | DRIVER LIC. # |
| MR | DATE OF BIRTH | SOC. SEC. # | | DRIVER LIC. # |
| STREET ADDRESS: 2541-B Old Shell Rd | CITY: Mobile | STATE: Al | ZIP: 36607 | DATE: 09 03 2005 |
| BUS. PHONE: (904) 278-4512 | (251) 382-7615 cell | NEW ☐ USED ☐ OTHER ☐ DESCRIBE | | |
| YEAR: 2005 MAKE: GULFSTREAM MODEL: CRESCENDO LENGTH: 36 BODY TYPE: 8386CRE COLOR: GREE MILEAGE AT SALE: 1410 | | | | TO BE DELIVERED ON OR ABOUT |
| VIN: 4UZAAHDC04CN33938 | STK: 633938 | | | |

| DESCRIPTION OF TRADE IN #1 | | | | SETTLEMENT | |
|---|---|---|---|---|---|
| YEAR | MAKE | MODEL | LENGTH | SALE PRICE | $121,872.00 |
| | | | BODY TYPE | DEALER INSTALLED OPTIONS | $0.00 |
| MILEAGE | V.I.N. | | | | |
| DESCRIPTION OF TRADE IN #2 | | | | VEHICLE TOTAL (Including all options) | $121,872.00 |
| YEAR | MAKE | MODEL | LENGTH | LESS TRADE-IN ALLOWANCE | $0.00 |
| | | | BODY TYPE | CASH DIFFERENCE | $121,872.00 |
| MILEAGE | V.I.N. | | | ELECTRONIC FILING (Florida Residents Only) | 16 50 |
| COMMENTS | | | | PREP FEES | 395 00 |
| | | | | BATTERY FEE ($1.50 per battery) | $0.00 |
| | | | | TIRE FEE ($1.00 per tire on new tires) | $0.00 |
| | | | | AMOUNT TAXABLE | $121,872.00 |
| PAID IN FULL CATH1503 | | | | SALES TAX | $0.00 |
| | | | | TAG FEES | $0.00 |
| George Gregg | | | | TRADE BALANCE OWED | $0.00 |
| | | | | LIENHOLDERS NAME | |
| | | | | TOTAL | $122,267.00 |
| | | | | DEPOSIT SUBMITTED WITH ORDER | $0.00 |
| THE SELLER SUNCOAST RV, HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND SUNCOAST RV NEITHER ASSUMES NOR AUTHORIZES ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH SALE OF SAID PRODUCTS. | | | | CASH ON DELIVERY | $122,267.00 |
| | | | | TIRE GUARD | $0.00 |
| ACKNOWLEDGED BY X _____ CUSTOMER | | | | GAP INSURANCE | $0.00 |
| | | | | EXTENDED WARRANTY | $0.00 |
| | | | | TAX | $0.00 |
| | | | | TOTAL BALANCE DUE | $122,267.00 |

TRAILER INTERFACE
ALL TRAILERS SOLD WILL INCLUDE HOOK-UP OF TRAILER TOW VEHICLE WITH CUSTOMER'S EXISTING HITCH PARTS AND SHOWING CORRECT HITCHING PROCEDURE. ADDITIONAL PARTS AND LABOR ARE AT CUSTOMER'S EXPENSE.

ALL USED VEHICLES ARE SOLD "AS IS" WITH NO EXPRESSED OR IMPLIED WARRANTIES. EXTENDED WARRANTY PROTECTION IS AVAILABLE

THIS ORDER IS NOT VALID UNLESS SIGNED AND ACCEPTED BY DEALER.
THE VEHICLE BEING PURCHASED MAY HAVE BEEN BUILT ON A PREVIOUS YEAR'S CHASSIS

SIGNED: _____ /SALESMAN
APPROVED: _____

SIGNED: X _____ CUSTOMER DATE
SIGNED: X _____ CUSTOMER DATE

PLUS $10,000.00 10pft SAT/KCM

**STATE OF FLORIDA**
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES - DIVISION OF MOTOR VEHICLES
NEIL KIRKMAN BUILDING - TALLAHASSEE, FL 32399-0610

## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION

VEHICLE TYPE: ☐ OFF-HIGHWAY VEHICLE ☐ MOTOR VEHICLE ☐ MOBILE HOME ☐ VESSEL

APPLICATION TYPE: ☐ ORIGINAL ☐ TRANSFER

**OWNER/APPLICANT INFORMATION**

Owner's Name As It Appears on Driver License: Top Catastrophe or EDMOND HUDMOND SMITH
Date of Birth: 6/21/66
Sex: C
FL Driver License or FEID/Suffix Number: AL 5053289

Co-Owner's Name: NONE
Lessee's Name: NONE

Owner's Mailing Address: 2641 - B Old Shell Road
City: Mobile  State: AL  Zip: 36607

Mail To Customer Name: Edmond Hundmond Smith IV
Date of Birth: 06/21/1966
Sex: M
AL License: 5053289

Mail To Customer Address: 3900 Windsor Drive
City: Mobile  State: AL  Zip: 36582

**MOTOR VEHICLE/MOBILE HOME/VESSEL DESCRIPTION**

Vehicle/Vessel Identification Number: 4UZAAHDC04CN33938
Make/Manufacturer: Gulfstream
Year: 2005
Body: MH
Color: Green

Weight: 24,475
Length: 33 Ft.

BHP/CC: 8WALOG

VAN USE, IF APPLICABLE: ☐ PASSENGER ☐ OTHER

TYPE: ☑ Cabin Motorboat
HULL MATERIAL: 
PROPULSION:
FUEL:

USE OF VESSEL: ☑ Recreational (Pleasure)

☑ PRIVATE USE  ☐ TAXI CAB  ☐ FLOOD VEHICLE  ☐ II.EV VEHICLE  ☐ ELECTRIC VEHICLE
☐ SHORT TERM LEASE  ☐ LONG TERM LEASE  ☐ REBUILT  ☐ POLICE VEHICLE  ☐ MANUFACTURER'S BUY BACK
☐ ASSEMBLED FROM PARTS  ☐ REPLICA  ☐ KIT CAR  ☐ GLIDER KIT

Lienholder's Name: NONE

DATE ACQUIRED: 09/03/2005

TRANSFER TYPE: ☑ SALE

ODOMETER NOW READS: 001,410
DATE READ: 09/03/05

FLORIDA SALES TAX REGISTRATION NUMBER: 2600083174235
DATE OF SALE: 09/03/2005
DEALER LICENSE NUMBER: RV-10645
AMOUNT OF TAX: $0.00

HSMV 82040 (REV. 05/05) S

Attachment X. Page 6 of 11.

## MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: **4UZAAHDC04CN33938** (Vehicle Identification Number)

Signature: _[signed]_  Printed Name: **Fred Hassan**

Date: **09/03/05**

Badge # or Florida Dealer #: _____  Notary Stamp or Seal

Law Enforcement Officer or Florida Dealer's Name _____

Florida Compliance Examiner/Inspector Badge or ID Number _____

FL DMV/Tax Collector Employee _____

NOTARY'S SIGNATURE _____

COMMISSIONED NAME OF FLORIDA NOTARY: _____ (Print, Type or Stamp)

## SALES TAX EXEMPTION CERTIFICATION

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER _____

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE

☐ MOTOR VEHICLE  ☐ MOBILE HOME  ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL

SALES TAX REGISTRATION NUMBER _____

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE  ☐ TRANSFER BETWEEN HUSBAND AND WIFE  ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

## REPOSSESSION DECLARATION

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.
☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.
☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).
☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

## NON-USE AND OTHER CERTIFICATIONS

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.
☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE.
☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE.
☐ OTHER: (EXPLAIN) _____

## APPLICATION ATTESTMENT AND SIGNATURES

I/WE PHYSICALLY INSPECTED THE ODOMETER AND I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant (Owner): _[signed]_  Date: **08/03/2005**

Signature of Applicant (Co-Owner): _____  Date: _____

## RELEASE OF SPOUSE OR HEIRS INTEREST

The undersigned person(s), state as follows: That _____ of _____ County, Florida died on the ___ day of _____, 20___.

☐ testate (with a will)  ☐ intestate (without a will) and left surviving (him/her) the following beneficiaries:

Signature(s) of surviving spouse, co-owner and/or heirs. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Print or Type Name of Spouse, Co-owner or Heir(s)  Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. That the estate is not indebted and the assets of the estate, excluding this motor vehicle, mobile home or vessel are sufficient to pay all just claims and that no probate proceedings have been instituted upon the estate. That the person(s) signing above hereby releases all their right, title, interest and claim as heirs at law, legatees, devisees, or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type) _____

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

http://www.hsmv.state.fl.us

HSMV 82040 (REV. 09/05) S

Attachment X. Page 7 of 11.

# CERTIFICATE OF ORIGIN FOR A VEHICLE

DUPLICATE

INVOICE NO. 58-7138

DATE: 04/27/2004

VEHICLE IDENTIFICATION NO.: 4UZAAHDC04CN33938

YEAR: 2005

MAKE: GULF STREAM

SHIPPING WEIGHT: *24,475

BODY TYPE: CLASS A MOTOR HOME

SERIES OR MODEL: 58-5-A-8386CRE-7138

H.P. (S.A.E): 330

G.V.W.R: 29410

NO. CYLS.: 6

*APPROX. UNIT BASE WEIGHT PLUS WEIGHT OF LISTED OPTIONS DOES NOT INCLUDE FLUIDS

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

SUN RECREATION, INC.
9012 BEACH BLVD
JACKSONVILLE    FL   32246

If the vehicle described hereon is a motor home the undersigned certifies that it is equipped with at least four of the following life support systems: cooking, refrigeration or ice box, self-contained toilet, heating and/or air conditioning, a potable water supply system including a faucet and sink, separate 110-115 volt electrical power supply and/or an LP gas supply, all of which meet the ANSI A119.2 standards.

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

GULF STREAM COACH, INC.

G000164166

(SIGNATURE OF AUTHORIZED REPRESENTATIVE)    (AGENT)

NAPPANEE, INDIANA 46550

## DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1

Each undersigned seller certifies to the best of his knowledge, information and belief... [illegible]

**NAME OF PURCHASER(S):** SUN RECREATION, INC.
**ADDRESS:** 9012 BEACH BLVD, JACKSONVILLE, FL 32216
**DEALER:** GULF STREAM COACH, INC.
**Odometer reading:** 121 mi
**Date:** 2004
**State of:** INDIANA
**County of:** ELKHART

Notary stamp: State of Indiana, My Commission Expires October 08, 2011

## DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2

**NAME OF PURCHASER(S):** Joe Cinagwacho or Edmond Hudmond Smith IV
**ADDRESS:** 2941-B Old Shell Rd, Mobile, AL 36605
**Odometer reading:** 1410
**DEALER:** Suncoast RV   RV-10645
**State of:** Florida
**County of:** Duval

Notary stamp: State of Florida, Commission DD508241, Expires 03/18/2010

## DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3

[blank]

## DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4

[blank]

## ODOMETER DISCLOSURE FOR RETAIL SALE

[blank fields]

## LIENHOLDER

[blank]

**Parker Warehouse**

From: Catastropheclaim@aol.com
Sent: Thursday, September 28, 2006 4:41 PM
To: parkerwarehouse@comcast.net
Cc: parkerwarehouse@cox.net
Subject: You need to relay Fat Eddie some information!!!!!

He brings me 50k plus the 10k that he shorted me on the 268k dollar checks, and he can have the fucking little toy back, I have had 5 niggers living and fucking in it for 6 months, and it smells like fried chicken and water melons and rotten fish scales, I would not step foot in it because of the AIDS / Syphilis that is infested in the toilet and holding tanks, I moved it legally while Eddie was in Jail at your suggestion, to "**PROTECT OUR PROPERTY**".................. In our last meeting he signed the Toy over to me and had me sign all of the bill of sales and odometer statements as vice president of my company that my family started 90 years ago....................

This is the most important information you need to forward to that fat lying bastard. is this: I will be sending him back to jail for forgery of the 8 checks that he signed my name to, without my written expressed authority, *if he fuck's with me* ...    further I will have the 5 niggers living at Foul River in the house that I lent him to buy 18 months ago *"the white elephant"*... I took your advise and I protected something that belongs to you and my family and I get criticized about it......    YOU TOLD ME TO GET SQUARE ON THE $435k HE TOOK FROM YOU AND ME during the last storm!!!!!

Fuck him and Fuck the money, I will be going to Costa Rica tomorrow and I will be there two weeks fishing for sailfish...........    I do not need to liquidate anything this week!!!!  If you do anything further with him you are not listening to your gut..........    He has stolen me blind!!!!



Philip

Attachment X. Page 10 of 11.
9/30/2006

**From:** Catastropheclaim@aol.com
**Sent:** Tuesday, February 14, 2006 6:46 PM
**To:** JDenenea@Midcitylaw.com
**Subject:** Re: Jeff Wooley

I would assume it was Robert Barnett and Mark Lozier, that cooked up this scenario, I can have one of the adjuster's that crossed lines, come and tell you the whole story..... He works for me now personally.....

He has ICS/NCA contracts and copies of their $5,000.00 check..............

My friend and partner, Mike Parker, told me he had a nice conversation with you about our solidarity...................... He has my pocket book concerns covered. I'm 750k -950k upside down with Messier Smith; and that ball is rolling into the fire...........

Eddie has a problem with disbursement of net corporate funds, as instructed my Mike Parker, while Eddie was in Jail, I took the Diesel Pusher and sold it to Cuban Friend's of mine, that were in the Castro Regime, they have had it moved to South America, that check will be credited to Eddie Smiths personal debt to me on a person/corporate pro ratio.

With the Mardi Gras season at hand, I am yours very truly

Philip

Attachment X. Page 11 of 11.