## "FREEDOM OF INFORMATION ACT/PRIVACY ACT REQUEST"

NAME OF AGENCY: Alcohol, Tobacco & Firearms    DATE: May 2, 2018
ADDRESS: 99 New York Avenue, NE
CITY/STATE/ZIP: Washington, DC 20226

REQUESTOR NAME: Edmond H. Smith IV
REG.NO.: 07241-059
DATE OF BIRTH: June 21, 1966
SOCIAL SECURITY: 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
PLACE OF BIRTH: Mobile, Alabama
CRIMINAL CAUSE NO.: 2009-CR-0389
DISTRICT COURT: Southern District of Alabama

Dear Sir/Madam;

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552(a), I hereby request copies of the following document(s). If for any reason your agency chooses not to send me any of the document(s) or paper(s) being requested-please furnish me with a "Vaughn Index" as set forth in Vaughn vs. Rosen, 484 F.2d 820 (D.C. Cir. 1973)

I am requesting all records, documents, and information you have in your files pertaining to me or mentioning my name. Specifically, : Please provide copies of all arrests and convictions contained in the files and records of the ATF pertaining to this Requestor, that were maintained prior to January 7, 2009. Please state whether Requestor had any restrictions on purchasing firearms or ammunition prior to January 7, 2009

Please consider this as a first-party request under the FOIA, 5 U.S.C. § 552, and as a Privacy Act request, 5 U.S.C. § 552(a).

In the event that some of the material is considred by your agency to be exempt from disclosure under both Act(s), then please include all segrgable portions of documents and the specific exemption you are relying upon to deny disclosure of the excised portions. Please note that in order to avoid disclosure you MUST claim an appropiate exemption under both Act(s).

I am furthermore requesting that you abide by the statutory time within which to make a determination on this request, that being ten (10) working days from your reciept under Section 552(a)(6)(A)(i).

I respectfully request a fee waiver or alternatively a fee reduction, however, in the event you deny this request for waiver, I hereby agree to pay the fee(s) for search and duplication while retaining my right to appeal your denial of waiver. The information requested will not be used for any commercial purpose.

I, Edmond H. Smith IV, hereby swear under the penalty of perjury that I am the person requesting all the above information/documents for my personal use.

Dated this 2nd day of May, 2018 , 2015

**Attachment XI. Page 1 of 9**

AGENCIES:
( ) United States Parole Commision
( ) Federal Bureau of Investigation
( ) Immigration & Naturalization Service
( ) Internal Revenue Service
( ) United States Attorney
( ) Treasury Department
( ) Bureau of Prisons
( ) State Agency
(X) Other: ATF

TO:

RE: FREEDOM OF INFORMATION ACT
(U.S.C. 552) PRIVACY ACT
(5 U.S.C. 552a (d) (1)) Request:
EXEMPTIONS (5 U.S.C. 552 A
(J) (2)) OR SPECIFIC (U.S.C.
552a (k) (2)) NOT APPLICABLE TO
THIS REQUEST.

DIRECT RESPONSE TO:

Name: Edmond H. Smith IV

Reg. No.: 07241-059

Unit: U.S.Penitentiary
 Terre Haute, Ind 47808
Date: May 2, 2018

IDENTIFICATION OF REQUESTER:
NAME: Edmond H. Smith IV
ALIAS:
DATE OF BIRTH: June 21, 1966
PLACE OF BIRTH: Mobile, Alabama
F.B.I. NO:
SOC. SEC. NO.: 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
OTHER:

Right Thumb | Right Index
[fingerprints: RT, RI]

Dear Sir/Ms:

This letter will serve as my request pursuant to the provisions of the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 52a (d) (1), and the applicable State Statutes governing Freedom of Information Requests if state agency request, for full disclosure and release of all records and / or data contained in the files of your agency, and specifically under my name and / or an identifier assigned to my name. This request is sought specifically for amendment, deletion and / or expungement (5 U.S.C. 552a (d) (2) (a)) of records maintained by your Agency. The records sought but not limited to, is the compiled file containing (1) arrest records, (2) investigation and / or investigatory reports, (3) reports or evidentiary and / or scientific information findings, (4) wants, warrants, and / or detainers, (5) final and closing investigation reports: and (6) any and / or all information, data or reports not otherwise exempt by statute (5 U.S.C. (66) (1974). Menard v Saxbe, 498 F 2d. 1017, 162 U.S. App. D.C. 284 (1974). Sullivan v Murphy, 278 F. 2d, 938, 156 U.S. App. D.C. 28 (1973). Your Agency is advised that the investigation reports in toto are no longer accorded exempt status unless under the specific exemption noted., and only with reference to

specific citation of authority, Paton v La Prade, 524 F. 2d 862, 868-69. (CA3 1975).
Specific requests:

1. Please provide copies of all restrictions on firearm ownership or purchasing rights/entitlement of the Requestor prior to January 7, 2009 ON CERTIFIED/OFFICIAL DOCUMENTS OR DOCUMENTATION OF ANY INVESTIGATIONS OR EVER OF LOOSEING THE ABILITY TO KEEP OR BEAR ARMS AS IS GUARANTEED BY THE UNITED STATES CONSTITUTION AND MY II$^{ND}$ AMMENDMENT CONSTITUTIONAL RIGHTS AT MY BIRTH AS A UNITED STATES CITIZEN.

2.

3.

4.

5.

Attachment XI. Page 3 of 9.

## VERIFICATION

STATE OF INDIANA        )

COUNTY OF VIGO          )

CITY OF TERRE HAUTE     )


EDMOND HUDMOND SMITH IV, First being duly sworn, deposes and says: That he is the affiant herin, that he has read the forgoing request for information release submitted to A.T.F. DEPT. ALCHOHOL TOBAO FIREARMS and knows the contents thereof. That the personal identification data submitted for this request is true and accurate upon the personal knowledge of the affiant. And the verifiable fingerprint identification submitted.

_____
Requester

SUBSCRIBED and SWORN to
before me this __2ⁿᵈ__ day of
__May__, ~~2005~~ 2018

_Kevin M Wasson_
Notary

My Commission Expires: __2-26-2022__

KEVIN M WASSON
Notary Public - Seal
State of Indiana
Vigo County
My Commission Expires Feb 26, 2022

Attachment XI. Page 4 of 9.

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and / or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific reference to authority, statute or regulation, governing such release (5 U.S.C. 52a (d) (1)), Paton v La Parde, 524 F. 2d 862 (CA3 1975), Tarlton v Saxbe, 507 F. 2d. 1116, 165 U.S. App. D.C. 293 1974), of Linda R.S. v Richard D., 410 U.S. 614, 93 S.Ct. 1146, 35 L. Ed. 2d. 536. (1973)

If is further requested that your agency provide me with a copy of specific regulations of your Department as provided by statute (5 U.S.C 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5 U.S.C. 701 et. seq.).

This request is made under the Freedom of information Act (5 U.S.C., 552) and the Privacy Act (5 U.S.C. 552a) together with the "alternate means of access to record on file with your Agency. If and for any reason it is determined that portions of the material and records sought is exempt by state (5 U.S.C. (6) (c) (b) (7), 522a (j) (2) (k) (2) or by regulation (Menard v Mitchell, 430 F. 2d. 486, 139 U.S. App. D.C. 113 (1970), Nemetz v Department of Treasury, 446 F. Supp 102) I request specific citation to authority for such deletion. If it should be determined that any material be deemed CONFIDENTIAL due to the material for release. Paton v La Parde, 524 F. 2d. 862 (CA3 1975), Chastain v Kelly, 510 F. 2d. 1232. I further agree go pay any resonable costs , or file IN FORMA Pauperis if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested.

Pursuant to Title 5 U.S.C. 552 (6) (1) (1), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regualtions and the date as to when your Agency will be able to act upon request.

Yours truly,

Dated: *MAY 1, 2018*

Attachment XI. Page 5 of 9.

It is further requested that your agency in response to the material requested specifically inform me if and to whom the file and / or any material therein contained has been released to any identifiable individual or agency, their name, title, purpose and need for such information, the date of such release, the specific reference to authority, statute or regulation, governing such release (5 U.S.C. 52a (d) (1)), Paton v La Parde, 524 F. 2d 862 (CA3 1975), Tarlton v Saxbe, 507 F. 2d. 1116, 165 U.S. App. D.C. 293 1974), of Linda R.S. v Richard D., 410 U.S. 614, 93 S.Ct. 1146, 35 L. Ed. 2d. 536. (1973)

If is further requested that your agency provide me with a copy of specific regulations of your Department as provided by statute (5 U.S.C 552), so that compliance with such regulations is adhered to except as otherwise provided by law (5 U.S.C. 701 et. seq.).

This request is made under the Freedom of information Act (5 U.S.C., 552) and the Privacy Act (5 U.S.C. 552a) together with the "alternate means of access to record on file with your Agency. If and for any reason it is determined that portions of the material and records sought is exempt by state (5 U.S.C. (6) (c) (b) (7), 522a (j) (2) (k) (2) or by regulation (Menard v Mitchell, 430 F. 2d. 486, 139 U.S. App. D.C. 113 (1970), Nemetz v Department of Treasury, 446 F. Supp 102) I request specific citation to authority for such deletion. If it should be determined that any material be deemed CONFIDENTIAL due to the material for release. Paton v La Parde, 524 F. 2d. 862 (CA3 1975), Chastain v Kelly, 510 F. 2d. 1232. I further agree go pay any resonable costs, or file IN FORMA Pauperis if I am indigent, provided by statute or regulation of your agency, for search and copying of the material requested.

Pursuant to Title 5 U.S.C. 552 (6) (1) (1), it is noted that your Agency has ten (10) working days following receipt of this request to provide the information and material sought. Should any delay occur, it is requested that your Agency inform me of this delay as provided by Agency regualtions and the date as to when your Agency will be able to act upon request.

Yours truly,

Dated: _MAY 1, 2018_

*[signature]*

# CERTIFICATION OF IDENTITY

NAME OF REQUESTOR: EDMOND HUDMOND SMITH IV
FEDERAL INMATE NO: 07241-059    DATE OF BIRTH: 06-21-1966
PLACE OF BIRTH: Mobile, Alabama    SOCIAL SECURITY NO: 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
DATE ARRESTED: 01-07-2009    US DIST. COURT: S.D.Alabama
CRIMINAL CASE NO: CR-0389    DATE SENTENCED: December 2009
OTHER: _____
PRESENT ADDRESS: Terre Haute U.S. Penitentiary P O Box 33 Terre Haute, Ind 47808
FORMER ADDRESS: 3900 Windsor Dr. South Mobile (Foul River) Ala. 36582

I certify that I am the person named above and I understand that any falsification to this statement is punishable under the provisions of 18 U.S.C. §1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record (s) under false pretenses is punishable under the provision of 5 U.S.C. §551 (i) (3) by a fine of not more than $5000.

*Edmond H Smith* (Signature of requestor)

STATE OF ~~FLORIDA~~ Indiana
COUNTY OF Vigo

KEVIN M WASSON
Notary Public - Seal
State of Indiana
Vigo County
Commission Expires Feb 28, 2022

(SEAL ABOVE)

The foregoing instrument was acknowledge before me this 5-2-2018 by Edmond H. Smith IV,
(date)   (name of person acknowledging)
who is personally known to me or who has produced Bureau of Prisons I.D. as identification
(type of identification)
and who did (did not) take an oath.

*Kevin M Wasson*
(Signature, Notary Public)

Commission Number: 651429

Kevin M Wasson
(Name of Notary typed, printed or stamped)



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

www.atf.gov

May 31, 2018

REFER TO: 2018-1012

Mr. Edmond Hudmond Smith, IV
Reg. No. 07241-059
USP Terre Haute
P.O. Box 33
Terre Haute, IN 47808-0033

Dear Mr. Smith:

This responds to your Freedom of Information Act (FOIA)/Privacy Act request dated May 2, 2018, and received by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) on May 18, 2018, in which you requested records concerning yourself. Your request has been assigned number 2018-1012. Please refer to this number on any future correspondence.

Please be advised that a search has been conducted in our N-Force and TECS databases. N-Force and TECS are the systems of records that contains all investigative files compiled by ATF for law enforcement purposes. Based on the information you provided to us, we were not able to locate any responsive records subject to the Freedom of Information Act.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaisons, Darryl Webb or Johnny Rosner, at (202) 648-7390, for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Peter J. Chisholm
Acting Chief, Disclosure Division