# AGREEMENT TO PROVIDE SERVICE

The effective date of this Agreement shall be Sept. 10, 2005.

This agreement ("Agreement") is between Claims Service Provider (the "Agency"), a corporation organized and existing under the laws of the State of Delaware, with its principal office located at 9363 E. Hillview Circle, Mesa, Maricopa County, Arizona and NCA Group, Inc. (the "Company"), of _____[address], Indianapolis, _____ County, Indiana.

WHEREAS the parties are mutually desirous that the Agency be authorized by Company to provide Service in accordance with the provisions thereof; and

WHEREAS the Agency represents that it has the requisite personnel, competence and legal right to provide such services;

Now, therefore, in consideration of the premises and the mutual promises hereinafter set forth, the parties agree as follows:

## 1. SERVICES

Agency with prequalified a list of Adjusters, Constructors and firms based on the specifications put forth by the Company in Appendix A. Each personnel file that is forwarded to Company will include a resume, copy of State adjuster's licenses and any other materials requested by Company for employment.

## 2. COMPENSATION

For services provided under this agreement, Agency shall be compensated as provided below:

A. For each referred adjuster, contractors or firm that is placed into employment by Company, Agency will receive ⬤⬤ override on the gross fee billing for the duration of the assignment or two years.

## 3. PAYMENT

Payment for services provided Company under and pursuant to this Agreement shall be made every two weeks to include a detailed account of the referral employee's names and Monthly Hours and Minutes.

## 4. Termination

This Agreement may be terminated pursuant to the following:

1. By either party, with or without cause at any time, upon 365 days' prior written notice; or

2. By Company, at any time, upon 30 days' prior written notice, if Agency assigns this Agreement, or any right or obligation under this Agreement, without Company's prior written consent; or if there is a change in the control or management of Agency that is unacceptable to Company; or if Agency ceases to function as a going concern, or to conduct its operations in the normal course of business.

3. The obligations of Company under sections two and three above shall survive any expiration or termination of this Agreement.

5. INDEMNIFICATION

Each party agrees to take, and cause its employees to take, all necessary precautions to prevent injury to any persons (including employees of the other party) or damage to property (including the other party's property) and shall indemnify, hold harmless, and defend the other from and against any and all suits, actions, damages, costs, losses, expenses (including settlement awards and reasonable attorneys fees), and the liabilities arising from or in connection with any claim of injuries to person or damage to property resulting in any way from any act, omission, or negligence on the part of such party or its employees in the performance or failure to perform any obligation under this SA.

6. CONFIDENTIAL

By virtue of this Agreement, the parties may have access to ("Confidential Information"). The parties agree, both during the term of this SA and thereafter, to hold each other's Confidential Information in confidence. The parties agree not to make each other's Confidential Information available in any form to any third party or to use each other's Confidential Information for any purpose other than the implementation of this Agreement. Each party agrees to use the same degree of care that it uses to protect its own Confidential Information of a similar nature and value, but in no event less than a reasonable standard of care, to ensure that Confidential Information is not disclosed or distributed by its employees or agents in violation of the Provisions of this Agreement.

2

7. INDEPENDENT CONTRACTOR

The status of Agency is that of an independent contractor and not of an agent or employee of Company and, as such, Agency shall not have the right or power to enter into any contracts, agreements, or any other commitments on behalf of Company.

8. GENERAL

A. Assignment - Neither party may assign this Agreement without the prior written consent of the other party, which consent shall not be unreasonably withheld or delayed.

B. Notice - Any notice provided for or concerning this Agreement shall be in writing and be deemed sufficiently given when sent by certified or registered mail if sent to the respective addresses of each party as set forth at the beginning of this Agreement.

C. Govering Law - It is agreed that this Agreement shall be governed by, construed, and enforced in accordance with the laws of the State-of-Arizona Indiana.

D. Entire Agreement - This Agreement shall constitute the entire agreement between the parties and any prior understanding or representation of any kind preceding the date of this Agreement shall not be binding on either party except to the extent incorporated in this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement.

Authorized Signatures

Company: NCA Group, Inc.
Name: Mark Lozier
Title: CEO
Date 9/21/2005
Signature: (original signed by Mark Losier)

Company: NCA Group Inc.
Name: MARK LOZIER
Title: CEO
Date: 9-21-05
Signature: Mark

Claims Services Provider
Name: Richard P. Blake
Title: President CEO
Date: 8/01/2005

EDMOND A. SMITH II
CEO: TOPCATASTROPHE LLC
PARENT CORPORATION

3

Philip Coggin                                                          240 414 8898        p.2

| | |
|---|---|
| Contractor: | _Top Catastrophe Team Services_ |
| Address: | _52 month street_     Phone #: ___   Fax: ___   NCA #: ___ |
| City/State: | _White RIA, 52108_     Storm Site Location: _New Orleans LA_ |
| Zip Code: | _56609_     Storm Prefix: ___     Client: ___ |

# NCA INDEPENDENT CONTRACTOR AGREEMENT

National Catastrophe Adjusters, Inc., with its chief executive office located at 6963 Hillsdale Court, Indianapolis, Indiana 46250 (NCA) hereby contracts for Contractor's services as an independent contractor to perform the independent adjustment of insurance claims assigned to it by NCA in the above referenced location. As an independent contractor, Contractor agrees to provide all equipment and accessories necessary for the performance of this work, except that NCA will provide forms to be used in the reporting and adjustment of claims. Contractor acknowledges and agrees that it is not an employee of NCA and that its status during the performance of this agreement shall be that of an independent contractor. Contractor represents and warrants to NCA that it possesses the skill, experience and equipment necessary to perform the services contemplated by this agreement and Contractor shall not assign or subcontract any such services to others. Contractor agrees to perform its services with reasonable care and diligence and in strict compliance with applicable local, state and federal laws, rules and regulations, as well as any rules or regulations imposed by NCA's customer. Contractor acknowledges that it may be working in a hazardous area and in hazardous circumstances and assumes all risk of injury or sickness. Contractor releases NCA and its insurers from any claims for Contractor's injury, sickness or death and agrees to indemnify and forever hold harmless NCA and its insurers from and against any damages, expenses, costs or payments of any kind, including court costs and attorney fees, which NCA or its insurers may be compelled to make or expend, or shall become liable for, by reason of any claims, demands or actions that may at any time be made or brought against any of them by any person, firm or corporation because of the conduct of Contractor including the performance by Contractor of the services contemplated by this agreement. As an independent claims adjuster Contractor will retain sole and exclusive control of the manner in which these tasks are to be performed, and any risks the Contractor takes. Contractor shall be solely responsible for the content of the reports submitted to NCA. Contractor agrees to perform its duties in a timely manner as required by NCA. As an independent contractor, no taxes will be withheld from Contractor's compensation by NCA. Contractor is solely responsible for any and all state, local and/or federal tax obligations. Contractor agrees to comply with the laws and regulations of the state where Contractor's services are to be performed insofar as the procurement of workmen's compensation and public liability insurance. Contractor agrees to hold NCA harmless for any damages, expenses, liabilities or obligations of any type in regard to taxes or insurance. Contractor will be paid for his/her services ("Contractor's Compensation") as follows (payment method indicated by checked box with Contractor's initials); payment (subject to Holdback as described below) to be made on the 15ᵗʰ and last day of each calendar month ("Payment Period") during the term of this agreement:

☐ [initial] _____ $ _____ for each auto accident claim adjustment.

☐ [initial] ____ _65_ % of NCA Adjusts' Fee Basis Amount (the AFB is subject to change at NCA's   _PER Hr RATES_ discretion and is not necessarily the amount billed by NCA to its customer).

## NCA Group Withholding

Contractor's Compensation will be mailed to the above address (or other address specified in writing to NCA) at the end of each Payment Period, beginning _____ less applicable Holdback as herein defined. Ninety (90%) of Employee Compensation, less applicable withholding, will be paid in the normal payroll cycle twice monthly. Ten (10%) percent of Employee's Compensation ("Holdback") will be withheld to reimburse NCA for any adjustment made to any claim assigned to you, whether such adjustment is by NCA or its customer ("Adjustments"), and also to reimburse NCA for any time and expense incurred by NCA should any claim assigned to you be reworked or reopened for a reinspection and/or adjustment ("Adjustment Expenses"). That portion of the Holdback not reduced by Adjustments or Adjustment Expenses will be paid to you (less applicable withholdings) during the 1ˢᵗ billing period following the 90th day after the claim being closed by NCA. This agreement begins on _____ and shall continue in effect until terminated by either party upon written notice to the other or until all claims assigned to Contractor have been completed, whichever first occurs. All representations, warranties and agreements of Contractor shall survive Contractor's services under this agreement and termination of this agreement. All files assigned to Contractor shall remain the exclusive property of either NCA or its customer. Contractor shall on demand of NCA or its customer immediately turn over to NCA or its customer any and all files and their content, including computer generated data, and any and all other material relating to any claim assigned to Contractor. Contractor shall pay, upon demand, all of NCA's costs, charges and expenses including reasonable fees of attorneys, agents and others retained by NCA incurred in enforcing Contractor's obligations hereunder or incurred by NCA in any litigation, negotiation or transaction in which Contractor causes NCA to become involved or concerned. This agreement shall be construed under and governed by the laws of the State of Indiana. Both parties agree that the sole venue for litigation of any dispute arising under this agreement will be in Marion County, Indiana, in accordance with Indiana Rules of Trial Procedure.

_Top Catastrophe Team Services Inc_                    _Jeff Schott_       _11-2-05_

Contractor _____ Date _04-13-05_          NCA _____          Date _____
for Schott, AL

EXHIBIT

| Contractor: | Claims Service Provider | Phone #: | 480-606-2043 |
| Address: | 9343 E Hillview Cir | SS#: | 02-0744888 |
| | | NCA #: | |
| City/State: | Mesa, AZ 85207 | Storm Site Location: | |
| Zip Code: | 85207 | Storm Prefix | Client: |

## NCA INDEPENDENT CONTRACTOR AGREEMENT

National Catastrophe Adjusters, Inc., with its chief executive office located at 6663 Hillsdale Court, Indianapolis, Indiana 46250 (NCA) hereby contracts for Contractor's services as an independent contractor to perform the independent adjustment of insurance claims assigned to it by NCA in the above referenced location. As an independent contractor, Contractor agrees to provide all equipment and accessories necessary for the performance of this work, except that NCA will provide forms to be used in the reporting and adjustment of claims. Contractor acknowledges and agrees that it is not an employee of NCA and that its status doing the performance of this agreement shall be that of an independent contractor. Contractor represents and warrants to NCA that it possesses the skill, experience and equipment necessary to perform the services contemplated by this agreement and Contractor shall not assign or subcontract any such services to others. Contractor agrees to perform its services with reasonable care and diligence and in strict compliance with applicable local, state and federal laws, rules and regulations, as well as any rules or regulations imposed by NCA's customer. Contractor acknowledges that it may be working in a hazardous area and in hazardous circumstances and assumes all risk of injury or sickness. Contractor releases NCA and its insurers from any claims for Contractor's injury, sickness or death and agrees to indemnify and forever hold harmless NCA and its insurers from and against any damages, expenses, costs or payments of any kind, including court costs and attorney fees, which NCA or its insurers may be compelled to make or expend, or shall become liable for, by reason of any claims, demands or actions that may at any time be made or brought against any of them by any person, firm or corporation because of the conduct of Contractor including the performance by Contractor of the services contemplated by this agreement. As an independent claims adjuster Contractor will retain sole and exclusive control of the manner in which these tasks are to be performed, and any risks the Contractor takes. Contractor shall be solely responsible for the content of the reports submitted to NCA. Contractor agrees to perform its duties in a timely manner as required by NCA. As an independent contractor, no taxes will be withheld from Contractor's compensation by NCA. Contractor is solely responsible for any and all state, local and/or federal tax obligations, Contractor agrees to comply with the laws and regulations of the state where Contractor's services are to be performed insofar as the procurement of workmen's compensation and public liability insurance. Contractor agrees to hold NCA harmless for any damages, expenses, liabilities or obligations of any kind or nature in regard to taxes or insurance. Contractor will be paid for his/her services ("Contractor's Compensation") as follows (payment method indicated by checked box with Contractor's initials), payment (subject to Holdback as described below) to be made on the 15th and last day of each calendar month ("Payment Period") during the term of this agreement:

☐ (Initial) _____ $ _____ for each auto accident claim adjustment.

☑ (Initial) 65 % of NCA Adjuster Fee Basis Amount (the AFB is subject to change at NCA's 110 per hr discretion and is not necessarily the amount billed by NCA to its customer).

### NCA Group Withholding

Contractor's Compensation will be mailed to the above address (or other address specified in writing to NCA) at the end of each Payment Period, beginning 10/31/05, less applicable Holdback as herein defined. Ninety (90%) of Employee Compensation, less applicable withholding, will be paid in the normal payroll cycle twice monthly. Ten (10%) percent of Employee's Compensation ("Holdback") will be withheld to reimburse NCA for any adjustment made to any claim assigned to you, whether such adjustment is by NCA or its customer ("Adjustments"), and also to reimburse NCA for any time and expense incurred by NCA should any claim assigned to you be reworked or reopened for a reinspection and/or adjustment ("Adjustment Expenses"). Total portion of the Holdback not reduced by Adjustments or Adjustment Expenses will be paid to you (less applicable withholdings) during the 1st billing period following the 90th day after the claim being closed by NCA. This agreement begins on 10/19/05 and shall continue in effect until terminated by either party upon written notice to the other or until all claims assigned to Contractor have been completed, whichever first occurs. All representations, warranties and agreements of Contractor shall survive Contractor's services under this agreement and termination of this agreement. All files assigned to Contractor shall remain the exclusive property of either NCA or its customer. Contractor shall on demand of NCA or its customer immediately turn over to NCA or its customer any and all files and their content, including computer generated data, and any and all other file material relating to any claim assigned to Contractor. Contractor shall pay, upon demand, all of NCA's costs, charges and expenses including reasonable fees of attorneys, agents and others retained by NCA incurred in enforcing Contractor's obligations hereunder or incurred by NCA in any litigation, negotiation or transaction in which Contractor causes NCA to become involved or concerned. This agreement shall be construed under and governed by the laws of the State of Indiana. Both parties agree that the sole venue for litigation of any dispute arising under this agreement will be in Marion County, Indiana, in accordance with Indiana Rules of Trial Procedure.

_Lisa B. Dale_  10/24/05          _[signature]_          10-24-05
Contractor       Date            NCA                     Date

Rev B/8/05 LAB

EXHIBIT
B

# St Paul Travelers
## Tropical Storm, Tornado & Hurricane Fee Schedule

### National Independent Adjuster Program
### Catastrophe Fee Schedule 2005

| GROSS CLAIM | | FEE |
|---|---|---|
| No Claim or Duplicate claim, Phone Contact only | | $40.00 |
| Duplicate Claim, Site visit & handling | | $100.00 |
| | | |
| $0 | $500.00 | $125.00 |
| $500.01 | $1,000.00 | $150.00 |
| $1,000.01 | $1,500.00 | $225.00 |
| $1,500.01 | $2,500.00 | $235.00 |
| $2,500.01 | $3,500.00 | $250.00 |
| $3,500.01 | $5,000.00 | $300.00 |
| $5,000.01 | $7,500.00 | $400.00 |
| $7,500.01 | $10,000.00 | $500.00 |
| $10,000.01 | $15,000.00 | $600.00 |
| $15,000.01 | $25,000.00 | $750.00 |
| $25,000.01 | $50,000.00 | 3.0% Minimum ($900) |
| $50,000.01 | $100,000.00 | 2.5% Minimum ($1550) |
| $100,000.01 | $250,000.00 | 2.3% Minimum ($2550) |
| | | |
| Denial | | Time & Expense |

$20 Administrative Fee (per file)
$2.00 per photo (first 4 included)

### Time and Expenses

| | | |
|---|---|---|
| Hourly Rate: | Personal Lines | $65.00 per hour |
| | Commercial Lines | $90.00 per hour |
| Mileage: | First 70 miles included, .32 per mile thereafter | |
| Per Diem: | $750 Per day | |

Client agrees to pay all applicable state & local sales / use taxes
Before depreciation and or deductible

Case 3:19-cv-00002-RRB   Document 1-12   Filed 01/04/19   Page 6 of 24
ATTACHMENT XII page 6 of 24
Wednesday, January 25, 2006 max

# INTEGRATED

## Claims Solutions

100 E. Thousand Oaks Blvd
Suite 140
Thousand Oaks, CA 91360
Tel: 1-805-497-8744
Toll Free: 1-866-942-2100
Fax: 1-805-497-2247
License 2C37413

## 2005 Rate Schedule.

## RATE SCHEDULE:

The standard hourly rate is based on several variables such as, but limited to, the complexity of the loss and the experience level of the handling adjuster. ICS considers itself an innovator in the claims industry and can tailor rates to accommodate your special needs and solutions.

### *Rates*

| | |
|---|---|
| Property Adjuster | $ 90 |
| General Adjuster | $100 |
| Regional General Adjuster | $115 |
| National General Adjuster | $130 |
| Executive General Adjuster | $150 |

## EXPENSE CHARGES:

Ordinary office expenses are charged at our actual cost based upon a percentage of the fee amount.

Ordinary office expenses pertain to costs such as Office Services (stationary & supplies, clerical, administration and office support), Information Technology Services and Communication (postage, fax, telephone and cell-phone). These do not include out-of-pocket expenses such as air travel, ground transportation, automobile and lodging costs, which are allocated to the invoice at the actual cost incurred when applicable. Mileage rates are charged at the current IRS published rate.

Additional out-of-pocket expenses that are charged separately on the invoice include such items as photos, outside copying, color copying, extra-ordinary postage, etc.

State and other taxes are charged where applicable.

Rev. Sept 4, 2005

_— St. Paul Corp Info._

f;R^¦  í‹x¦ûy⌐ì¢É,

&☐
    Login
Become a member
Manage your profile
Â Â Â Â Â Â Â Â Â Â Â Â Â Â Â Â Â Â
California Travel Nurses
4-13 wks, up to $41/hr, 36-60 Hrs. All
specialties needed now
Free Auto Insurance Quote
Free Quotes from Top Companies. Get a Low
Rate & Save Money!
Ads by Goooooogle
Advertise on this site

Explore Insider Guides
Search for Jobs
Shopping CartÂ Â
Research & Prepare
RESOURCE DATABASE
Advice & Articles
Careers
Cities
Companies
Recruiter Q&A
Industries
Real People
WebLog
Career Tools
(sponsored links)
Resume Writing
Self Assessment
Internships
St. Paul Travelers
Companies, Inc.
Key Facts:
í ¬
Merged with Travelers Property Casualty in
March 2004.
í ¬
Owns 79 percent of Nuveen Investments.
í.¬
Number 227 on the Fortune 500.
Key Financial Facts
2003 revenue: $8,854 million
1-yr. growth rate:
â€"0.7 percent
Personnel Highlights
Number of employees: 9,300
1-yr. growth rate:
â€"4.1 percent
Company Overview
St. Paul Travelers provides commercial property-liability insurance,
asset management services,
and homeowners and auto insurance. The company was formed in 2004 when
the St. Paul
Companies acquired Travelers Property Casualty.
Based in St. Paul, Minnesota, from which it takes its name, the company
is currently focused on
doing business in North America and the United Kingdom. As a result, it

has sold off its
reinsurance and international business lines. Its subsidiary John Nuveen
Co. provides asset
management and investor services. International operations include
several syndicates of Great
Britain â€™
s Lloyd â€™
s of London, known to insure anything from expensive cigars to
appendages.
The company can trace its roots back to the 1853 formation of St. Paul
Mutual Insurance.
385 Washington St.
St. Paul, MN 55102
Phone: 651-310-7911
Phone: 800-328-2189
Fax: 651-310-3386
Website:
www.stpaultravelers.com
Ticker Symbol:
SPC
Page
1
of
2

WetFeet.com > St. Paul Travelers Companies Inc
2/24/2006
http://www.wetfeet.com/Content/Companies/S/St,-d-,%20Paul%20Travelers%
20Compani
...

ˈ⌐  Y←      ÿÿÿÿ    x íXkl¶Uˆ=w−¶¶Ð−ᴸEêᴸ)ˈ>¤ oE òP*",⌐
ÊKA ▢
μ
"⌐¢"Ä(Ÿ± ÏÍI$üP4j·▢

Ĵ£…¢ĨÀᴶÒ
©ü±&*ĨB ·íÜñœÝ ↑7
ÉÆøÃd×œœìu¿¹óÏìœ>− 3 @z; ¯|ˈÐß€


<u>IA Guidelines</u>

## I. Scope of Damages

Every claim with building damage should have a computer generated estimate of damages based on the IA's own scope.
An appropriate scope of damage (scope notes) should be completed on each loss.

Scope notes should include a detailed assessment of the damage and the required repair/replacement functions by room/area with measurements and any necessary diagrams.

Photographs should be taken of damaged area(s), along with a front view of the building.

If flood is involved, photos need to be taken of the flood line inside and outside of the home. If siding is involved, please take photograph with tape reflecting the size of the exposure. i.e. double 4, 5 etc...

## II. Accurate Measurements

The estimate should include the correct identification and accurate measurements of the room, damaged area, or building component being repaired / replaced. Rooms should not be squared off and deduction for phantom walls must be taken.

## III. Accurate Quantity of Materials

The estimate should include the proper quantity of material needed to facilitate repairs using standard industry accepted building estimating practices.

## IV. Proper Repair/Replacement Method

The estimate should properly reflect the repair and/or replacement operation(s) applicable for the damage sustained. Were all the industry accepted repair procedures considered before full replacement is allowed?

## V. Appropriate Pricing

The estimate should reflect accurate pricing for the type and quality of materials being repaired or replaced.

Unit cost estimates should reflect prevailing rates for the quality of material being replaced.

## VI. Profit & Overhead

In most cases, profit & overhead should only be paid when repairs are completed by a General Contractor and the expense is incurred. Generally, unit cost prices are sufficient to cover a trade contractor overhead and profit.
**For the State of Georgia & Alabama**
Apply the profit and overhead ONLY if the insured has a signed contractor with a general contractor. .
If the GC is replacing the roof only, applying the O & P may not be necessary
**For the State of Louisiana**
Do not include O&P. O&P is only to be included when repairs have been completed and we have obtained a tax ID number.

## VII. Lump Sums

Lump sums, if used at all, should be supported by a detailed breakdown of material / labor, or other appropriate documentation. Minimum charges are acceptable when they are appropriately applied.

## VIII. Other Considerations

Other applicable items that should be addressed on an individual basis, include but are not limited to:

♦   Emergency repairs / Board up

- Old or unrelated damages
- Allowances for hidden, unknown, and unseen damages should not be included in estimates.
- Taxes
- Depreciation
- Specialty Items

## General Conditions

**Checks:** The Insured's names must be on all checks. This includes checks for any emergency work.

**Code Issues:** Building damages need to be written based on actual damages. Code issues will be handled on a supplemental basis.

**Debris Removal:** Xactimate unit cost includes to pick-up from area it was removed and placed in a dumpster.

**Depreciation:** should be on each item (line-by-line) and no depreciation on "tear out", repairs or minimum charges. The threshold for ACV holdback on policies with RC coverage will be $5,000.00. Depreciation for these claims will be taken from dollar one.

**Deductibles:** Need to be discussed with the insured at the time of the inspection..

**Dumpsters:** Use appropriate size for amount of debris being removed from job site. Trucking fees should be used on small losses.

**Estimates:** should not be sent to the policyholder prior to the desk review process.

**Experts:** Please discuss the use of Experts with a St. Paul-Travelers Property Management.

**Fast Track Claims Up To $2,500:** This is designed for claims with trees down, ALE, minor damage only. When building damage has potential for water/mold, an inspection is required. When in doubt – Inspection is required.

**HO – 6 Policies:** Please obtain a copy of the association by laws to determine who is primary.

**Matching Issues:** Will be handled on a claim by claim basis.

**Mortgagee:** Needs to be included on all losses. Please discuss with insured if the Mortgagee listed on the file is the actual mortgagee that the insured has to date. If not, please ask the insured to contact their agent to have their policy amended. Please have the insured provide us with a copy of their new mortgagee statement.

**Mold Claims:** If mold is discovered at a loss, please write up the damages as seen, write estimate as a separate coverage subject to the applicable limit. Please take appropriate photographs, and contact the St Paul-Travelers Property Manager ASAP.

**Permits;** Need to be calculated based on actual cost. Do not use % of loss.

**Public Adjusters:** Please obtain a copy of the public adjuster's retainer. Please obtain Tax Id number.

**Reserves:** Please provide us written notification of any and all claims over $25,000. Large loss reports need to completed on any claim $50,000 and over. Claims at $100,000 and above will require significant loss report.

**Supervision:** Under normal conditions should not be required. Supervision is normally a part of *Profit & Overhead*.

**Taxes:** Should be appropriately applied based on county rates. When overhead and profit is required the tax needs to be applied prior to the application of the taxes, i.e. no OH and P on tax.

**Tax ID #:** Please obtain Tax ID # for all parties that will be included on any check.

**Vendors:** Vendor usage needs to be pre approved by a St. Paul-Travelers Management.



Only THREE things in Xactimate need to have waste added. They are: **roofing, carpet and vinyl sheet goods.**

## EXTERIOR

| | |
|---|---|
| **Always:**<br>(All Trades) | • Deduct all Phantom walls / Missing walls / Missing areas.<br>• Deduct openings 32 SF and greater. i.e. Chimneys, Garage doors, etc. |
| **Masonry/Concrete/ Stucco/Brick** | • Estimate net square footage of area (Deduct all Openings/Phantom/Missing areas. |
| **Roofing** | • Remove net area (Deduct all Openings/Phantom/Missing areas) for all roof materials.<br>• Flats roof replacement - Deduct all openings and do not add waste.<br>• Gable roof replacement - Deduct all openings and add 10% waste.<br>• Hip roof replacement - Deduct all openings and add 15% waste.<br>• Felt, drip edge, vents and ice shield need to be added if present.<br>• Removal of felt is included in the roof tear out cost. Replacement of felt should be calculated based on the net SF less any ice and water shield. No waste needed.<br>• All height and steep allowance need to be calculated based on the net area. No waste needed. |
| **Siding (wood, aluminum, vinyl)** | • Estimate net square footage. (Deduct all Openings/Phantom/Missing areas).<br>• Add for window wraps if needed and present.<br>• Xactimate includes a 10% waste factor into the replacement cost. |

## INTERIOR

| | |
|---|---|
| **Always:**<br>(All Trades) | • Deduct all Phantom walls / Missing walls / Missing areas.<br>• Deduct area occupied by cabinets, wall tile, chimneys and/or tub surrounds.<br>• Deduct openings 32 SF and greater. We should deduct excessive single openings. Multiple openings in hallways, ceiling tiles (due to light fixtures) are some examples. |
| **Cabinets** | • Remove and replace based on LF of usable cabinet.<br>• Do not include areas occupied by the refrigerator, stove or dishwasher. Make sure to include blind corners as necessary. Do not include space if not usable. |
| **Carpet / Vinyl (Sheet goods)** | • Remove net square footage.<br>• Calculate installed quantity using "drop and fill" method.<br>• Pads need to be torn out and replaced based on the net SF. |
| **Plaster (Wood, wire, rock and metal lath)** | • Estimate net square footage for removal and replacement. (Deduct all Openings/Phantom/Missing areas).<br>• Xactimate includes a 10% waste factor into the replacement cost. |
| **Trim Work** | • Examples: Cove, chair, crown, shoe and base.<br>• Deduct openings greater than a single. Examples: Double doors / Base Heat. |
| **Wall and Floor (Ceramic, Stone, Marble, Vinyl Composition)** | • Estimate net square footage for removal and replacement. (Deduct all Openings/Phantom/Missing areas).<br>• Xactimate includes a 10% waste factor into the replacement cost. |
| **Wallpaper / Wallpaper border** | • Estimate net square footage, deducting all openings.<br>• Xactimate includes a 15% waste factor into the replacement cost. |
| **Wood, Engineered and Laminated Flooring** | • Estimate net square footage for removal, replacement and/or refinishing. (Deduct all openings).<br>• Xactimate includes a 10% waste factor into the replacement cost. |

**WASTE FACTORS:** Several estimating systems include default waste percentages or Pre-calculated Waste Factors. Xactimate pre-calculates waste for all items except vinyl flooring, carpet, and roofing. Vinyl flooring and carpet should be calculated based on the Drop and Fill method, and roofing waste should be calculated based on 10% for gable roofs and 15% for hips. Please do not use the Xactimate waste expert.

Need for 2ⁿᵈ opinions: tough calls; contact the local St Paul-Travelers Property Management.

All claim files/estimates are subject to a Desk Review prior to payment.
A random selection of claim files will be physically reinspected by a St. Paul/-Travelers Re-inspectors.

## File Construction

Invoice
Report
Building Estimate
Contents
ALE
Diagrams and Supports
Insured to Value info
Photos

## Underwriting File Requirements

Please note the following:

Does the home have hurricane shutters?  Yes  or  No ( FLORIDA & ALABAMA)
Does the home have hurricane straps?      Yes  or  No  (FLORIDA & ALABAMA)
What type of roof is on the home?  Gable, Hip, Gambrel, Mansard, Flat
What are the roofing materials?
What is the age of the roof?
What is the age of the dwelling?
What is the SF of the dwelling?  (Living Area)

# BUSINESS INTERRUPTION GUIDELINES

**Note to all Katrina Adjusters: The following instructions apply to each of your assignments wherein a Business Interruption claim is being presented by the insured. You should be read these instructions carefully and adhere to as prescribed.**

1. For each assignment involving a Business Interruption (BI) claim, the policy should be reviewed in order to determine if there is BI coverage present on the form. It should not be assumed this coverage exists on all of our policies.

2. Two (2) business interruption information request letters have been prepared and approved by the SPT legal department. Once it has been determined there is BI coverage present on the policy, one of these two letters should be mailed, faxed, emailed or given to the Insured. A copy of the letter must be transmitted to SPT as part of your next report.

   - The only difference between the two letters is that one is aimed at retail businesses and the other is aimed at professional service oriented businesses. Please be sure to give the Insured the most appropriate letter for their business.

   - Delivery of this letter and via what means should be documented in your log notes.

   - Each letter should be customized to the individual Insured with the proper information reflected in the header section. Further, the correct underwriting company, which you will find on the policy registrations received with each claim, should be inserted throughout the letter where indicated.

   - No changes should be made to the content or format of the letter.

- Do NOT sign or affix your name to end of the letter. This is a SPT correspondence being transmitted to their policy holders by you.

3. The independent adjuster should determine the period of restoration.

   - In establishing the period of restoration, the multiple reasons for shutdown should be considered. This would include civil authority for the particular parish or county where the insured is located, power outage-on or off premises and physical damage to building by covered and non-covered causes of loss.

   - Please remember, you are going to have to review the policy. We do not want you discussing coverage nor making coverage decisions but you are going to have to consider it when making your recommendations for the period of restoration.

4. You may advise the insured to submit the information to our office directly or you may collect it and submit it to us. Please do not hold onto the information once the insured gives it to you as they will call the office for status and we will not be able to assist.

5. In speaking with the insured, ask insured for total yearly sales, cost of goods sold, monthly net profit or loss, average monthly expenses; whether or not they are paying their employees. Basically, try and get an idea of the financial exposure.

6. A list of contacts for adjusters and accountants working in the business interruption unit will be made available to you. If you have any questions regarding coverage or calculations, you will then be able to contact them or put the insured in contact with them for further clarification.



## GENERAL CONDITIONS

| | |
|---|---|
| **Base Service Charges** | Includes: One time trip charge, planning and mobilization fees. |
| **Co-Insurance** | Co-insurance should be recognized and appropriately addressed. If co-insurance compliance cannot be validated, or for good cause a co-insurance offset is not being applied, a letter reserving Travelers' rights to calculate and apply a co-insurance offset on future losses should be sent to the Insured/Claimant. |
| **Depreciation** | • Proper valuation should be applied according to policy condition and limitations (e.g., special limits of liability, agreed values).<br>• When applicable, the actual cash value should be calculated and paid according to the policy terms.<br>• When applicable, depreciation should be calculated and applied on an item by item basis using appropriate guidelines and methods (e.g., depreciation tables, reasonable life expectancy, market value, broad evidence rule). "Trade by trade" depreciation may also be considered.<br>• When applicable, the claim handler should advise the Insured/Claimant of any amounts withheld and the timelines and the Insured's/Claimant's duties and responsibilities for collecting replacement cost benefits. |
| **Dumpsters** | Use appropriate size for amount of debris being removed. Pick up loads should be used for smaller losses. |
| **Pricing** | Economy to scale issues should be considered when we have a large quantity and efficiency of the work being completed. i.e. Dining room floor 200 SF vs. gym floor 6000 SF. We need to consider time and material estimating for smaller claims. i.e. stain to one ceiling. |
| **Labor Efficiencies** | Use Broken Out with Base Service Charges turned on. Each BSC needs to be reviewed and modified when line items are amended to include the fees associated with the BSC i.e. line item adjustment, minimum charge and/or a trade person doing multiple tasks. |
| **Minimum Charges** | Minimum Charges should be used only once per trade per estimate. Multiple repairs involving similar trades need to be evaluated based upon time and material estimating, and not multiple minimum charges. Small repairs require more labor per square foot than is normally provided in a square foot unit price. Minimum Charges can be calculated to include supporting events. **When the Minimum Charge fees used include the supporting events, the BSC will need to be modified.** |
| **Permits** | Based on actual cost. Do not use % of loss. Costs of Permits should always be researched locally. |
| **Salvage** | Salvage should be determined as soon as possible and recorded in the salvage log maintained in the local Claim Service Center. Salvage should be protected, recovered and/or disposed of in a timely manner by an approved salvor. If an Insured/Claimant wants to retain salvage, they should be allowed to do so when appropriate. In this event, an offset against benefits paid on the claim should be recorded in the salvage log and reflected in the claim file documentation. |
| **Supervision** | Under normal conditions Supervision should not be required. Supervision is normally a part of *Profit & Overhead*. |
| **Supporting Events** | Includes: Planning, Drive Time, Material Pick up, Breaks, Set Up, Clean Up, and Loss of production due to working in a restoration environment. |
| **Tear Out / Debris Removal** | **Xactimate remove function includes reasonable labor cost to remove an item and <u>discard in a job-site waste receptacle.</u>** |

XACTIMATE - St Paul-Travelers Insurance - BDE Guidelines - 4

Extra Expense
Time Element Subtotal =

Gross Estimate
Less Deductible(s)
Net Estimate

*Partial Payments should be shown as processed.*

*Final reports should substitute "AGREED LOSS" for ESTIMATE.*

*Change in ESTIMATE should be shown in a 2 column format:*

**PRIOR**                    **REVISED**

*And show old number and new number, if changing, for each component of loss.*

ABSTRACT OF COVERAGE:

*Type of property or risk insured. (All Real and Personal Property, Building, Personal Property, Time Element, etc.) Perils – Named or All-Risk. State form numbers if applicable. State any limit or sub-limit of liability. State deductible. State valuation clause. State whether Agreed Amount clause is applicable.*
*If an unusual and/or large dollar issue will be triggered by a special clause, or if a coverage issue is involved, quote the entire clause here or in a separate caption such as COVERAGE ISSUE or REPLY REQUESTED.*

**DATE OF LOSS:**

**LOCATION INVOLVED:**

*Address or any other location Identification Numbers.*

**RISK:**

*Brief description of risk and type of property involved in loss (Building, Personal Property, Time Element, other). Describe building construction, other characteristics, age, sprinkler protected and describe the type of business, personal property utilized in the business. Describe business products and source of TE loss.*

**COINSURANCE CLAUSE:**

**OTHER INSURANCE:**

**CAUSE OF LOSS:**

*Name actual peril (fire, theft, wind, if known). Include Catastrophe Number if applicable. State brief description of loss.*

## SUBROGATION:

Discussion of any subrogation possibilities. Identify any potential 3rd party. Do not comment on probability of recovery. Recovery Director/Department must be notified of any potential immediately on losses >$100,000.

## SALVAGE:

State whether or not it will be a factor in the loss. Describe property and type of damage. State the name and address of the salvor involved.

## CONSULTANTS:

Secure authorization from insurer(s) prior to engaging any consultant or vendor. Secure budgets and document precise responsibilities and instructions. State "we have retained (Full firm name, address and telephone numbers and type of service involved) on your behalf" in report.

## ADJUSTMENT:

Initial and status reports must use the sub-captions below, unless otherwise instructed by the customer. The PROPOSED ADJUSTMENT report must be clearly identified as such with a detailed PROPOSED STATEMENT OF LOSS and supporting documentation. The narrative must address details of the adjustment process and the recommended resolution of all major or unusual items.

### SCOPE OF LOSS:

Describe damaged components of each involved item, i.e. Building (ex. 4 ply built up roof, 150 squares at estimated $/sq.; clean and paint affected areas; replace switchgear and wiring, etc.); Machinery and Equipment (describe specifics or groups and whether repairable or if replacement required due to described damage with estimates); Inventory (type, damage and values) and any other item of physical loss.

Describe impact of loss to business. Is production or revenue stream interrupted, how long, how can mitigation reduce loss. Include financial information, i.e. annual sales of insured at this location. What units of measurement (pounds, tons, yards, rolls, pieces) and value are involved in developing your estimate.

Discuss any Extra Expense items or issues.

### WHAT HAS BEEN DONE:

State date loss received, date of site inspection and date Estimate transmitted to insurer(s).

Describe activities so far, individuals involved in process, lay out initial Adjustment Plan and agreed process for follow-ups and documenting progress. Include identification and operation

of any special policy clauses, i.e. Building Code issues, Salvage (Control of Damaged Goods), Order of Civil Authority, Ingress/Egress.

### WHAT IS TO BE DONE:

Address formal or informal Adjustment Plan. Can list in numerical fashion or narrative. Set dates for follow-ups, identify who will do what by when.

### DIARY:

State date next report will be submitted. If the Time Element interruption period is still on-going, maximum diary is 30 days.

### (SIGNATURE) Type name in

### ENCLOSURE: *(IF APPLICABLE)*-Number and list in same order as addressed in report.

- WAGE STATEMENTS REFLECTING ANY PAYMENTS MADE TO HOURLY EMPLOYEES PAID DURING THE SHUTDOWN
- IDENTIFICATION OF ANY WORK DONE OFF-SITE OR DURING EXTENDED HOURS TO MITIGATE LOSS DURING OR IMMEDIATELY FOLLOWING THE DAYS OF INTERRUPTION

For Business Interruption claims with loss periods between thirty-one (31) and ninety (90) days, we will need the following information to document your loss:

- YOUR FEDERAL TAX IDENTIFICATION NUMBER
- NORMAL OPERATING DAYS AND HOURS
- 2004 FEDERAL TAX RETURN (INCLUDING OTHER DEDUCTIONS PAGE)
- 2004 YEAR END PROFIT AND LOSS STATEMENT
- MONTHLY PROFIT AND LOSS STATEMENTS FOR JUNE THROUGH NOVEMBER 2004 AND ALL OF 2005
- WAGE STATEMENTS REFLECTING ANY PAYMENTS MADE TO HOURLY EMPLOYEES PAID DURING THE SHUTDOWN
- IDENTIFICATION OF ANY WORK DONE OFF-SITE OR DURING EXTENDED HOURS TO MITIGATE LOSS DURING OR IMMEDIATELY FOLLOWING THE DAYS OF INTERRUPTION

For Business Interruption claims with loss periods greater than ninety-one (91) days but less than twelve (12) months, we will need the following information to document your loss:

- YOUR FEDERAL TAX IDENTIFICATION NUMBER
- NORMAL OPERATING DAYS AND HOURS
- 2004 FEDERAL TAX RETURN (INCLUDING OTHER DEDUCTIONS PAGE)
- 2004 YEAR END PROFIT AND LOSS STATEMENT
- MONTHLY PROFIT AND LOSS STATEMENTS FOR JANUARY 2002 THROUGH END OF LOSS PERIOD
- WAGE STATEMENTS REFLECTING ANY PAYMENTS MADE TO HOURLY EMPLOYEES PAID DURING THE SHUTDOWN
- IDENTIFICATION OF ANY WORK DONE OFF-SITE OR DURING EXTENDED HOURS TO MITIGATE LOSS DURING OR IMMEDIATELY FOLLOWING THE DAYS OF INTERRUPTION

For Business Interruption claims with loss periods of twelve (12) months or greater, we will need the following information to document your loss:

- YOUR FEDERAL TAX IDENTIFICATION NUMBER
- NORMAL OPERATING DAYS AND HOURS
- 2004 FEDERAL TAX RETURN (INCLUDING OTHER DEDUCTIONS PAGE)
- 2004 YEAR END PROFIT AND LOSS STATEMENT
- MONTHLY PROFIT AND LOSS STATEMENTS FOR 2004 AND 2005
- WAGE STATEMENTS REFLECTING ANY PAYMENTS MADE TO HOURLY EMPLOYEES PAID DURING THE SHUTDOWN

- IDENTIFICATION OF ANY WORK DONE OFF-SITE OR DURING EXTENDED HOURS TO MITIGATE LOSS DURING OR IMMEDIATELY FOLLOWING THE DAYS OF INTERRUPTION

Additionally, for all Business Interruption claims, we will need the following information:

- DATES OF AND EXACT NUMBER OF HOURS/DAYS YOU WERE CLOSED DUE TO GENERAL POWER FAILURE
- DATES OF AND EXACT NUMBER OF HOURS/DAYS YOU WERE CLOSED DUE TO DIRECT PHYSICAL DAMAGE TO YOUR LOCATION WHICH PREVENTED YOU FROM OPERATING
- DATES OF AND EXACT NUMBER OF HOURS/DAYS YOU WERE CLOSED DUE TO CIVIL AUTHORTY PROHIBITING YOU FROM ACCESSING YOUR PROPERTY
- ANY ADDITIONAL INFORMATION YOU WOULD LIKE US TO CONSIDER UNDER EXTRA EXPENSE COVERAGE

As indicated above, we will need to know the exact reason for your shutdown on a daily basis in order to determine the availability of coverage. This is not intended to be a complete list of the information we may need to adjust your claim. As we continue our investigation, we will contact you if there is a need for additional information. If you have a question about whether the items above pertain to your specific type of business, please feel free to contact us.

St Paul Travelers understands it may be difficult for you to obtain some or all of these documents; however, they are needed in order to properly calculate this portion of your claim. Some resources you may consider for gathering this documentation are the Internal Revenue Service (according to IRS.GOV, people affected by Hurricane Katrina who need help with tax matters can call 1-866-562-5227, your State Tax Commissions and your service providers such as your bank, accountant, financial planner or lawyer. Other sources of useful information include; vendors (stock, supplies, etc.), State unemployment agencies (payroll), landlord, banking institutions and utility companies.

Please submit the requested information at your earliest convenience so we may begin to evaluate this portion of your claim.

It is also likely as part of our investigation of your claim; we will need to inspect your property. An adjuster will contact you regarding an appointment date and time for this inspection.

Please be advised that St Paul Travelers is proceeding with the investigation of this matter and your damage arising out of Hurricane Katrina and the related subsequent events under a full reservation of rights, without waiver of, or prejudice to, all the rights, defenses and contentions which are available to us under the aforementioned policy. Please understand that we are not disclaiming the coverage or protection afforded under your policy. We are sending this letter so we may continue our investigation without waiving any policy conditions or defenses available to us.

# LARGE LOSS NOTICE     PROPERTY

| Claim Number | Adjusting Office | Type Of Loss | Today's Date |
|---|---|---|---|

| Claim Handler Name | Initials | Phone Number | Fax Number |
|---|---|---|---|

| Name Of Insured | Loss Location | Date Of Loss |
|---|---|---|

| Policy Number | Agent Name | Agent Code | Company |
|---|---|---|---|

## Coverage Codes

| B=Building ☐ | OS=Other Structure ☐ |
|---|---|
| PPR=Repl Contents ☐ | AE=ALE/Loss Of Use ☐ |
| C=Contents ☐ | ☐ |

## Policy Limits

Building:

Contents:

ALE:

Deductible (s)

Estimate(s)

## Financial Information

| Total Estimate Amount _____ | New NOL ☐ | Change Of Incurred ☐ | Excess Limits _____ $ |
|---|---|---|---|
| Prior Reserve Amount _____ | Re-open ☐ | Closing ☐ | Other Insurance _____ |

## Description of Loss and Comments

## Subrogation Potential

## Distribution

Sonja Allen-Teague
Jean Harper-Mason
Gregg Fryer

ST PAUL TRAVELERS COMPANIES
FF-0001 Rev. 4/04 Printed in Tampa, FL USA



**ST PAUL TRAVELERS**

PO Box 42841
Houston, Texas 77242
(877) 784 5329 fax
(866) 297 0591

Storm Office
National Catastrophe Team

May 13, 2012

Name and address of Insured

RE:  Insured          :    **RETAIL BUSINESS**
     Claim Number     :
     Underwriting Co. :    [Name of issuing company]
     Policy Number    :
     Date of Loss     :
     Loss Location    :

Dear Insured:

[Name of issing company] is aware you may have sustained business interruption and/or incurred extra expense, due to Hurricane Katrina. At this time, [ ] has neither accepted nor disclaimed coverage but is investigating the details of your loss including the type of loss, the sustained damage and the applicability of coverage. [ ], by sending this letter and making you aware of the documentation which may be needed, is neither confirming nor denying you have coverage for this portion of your claim. If our investigation should indicate the loss you have sustained and the damage you have suffered is not covered or is limited by the terms and conditions of your policy, [ ] reserves the right to disclaim or limit coverage accordingly.

Should we determine there is coverage or partial coverage for this portion of your claim; we would need the following information in order to evaluate this financial loss for you.

For Business Interruption claims with loss periods less than thirty (30) days, we will need the following information to document your loss:

- YOUR FEDERAL TAX IDENTIFICATION NUMBER
- NORMAL OPERATING DAYS AND HOURS
- 2004 FEDERAL TAX RETURN (INCLUDING OTHER DEDUCTIONS PAGE)
- 2004 YEAR END PROFIT AND LOSS STATEMENT
- DAILY / WEEKLY SALES REPORT FOR THE SIX (6) WEEKS PRIOR TO LOSS
- DAILY / WEEKLY SALES REPORT FOR THE PERIOD OF LOSS

# COMMERCIAL LINE CONTACTS

**Thornton James**
Unit Manager
TLJAMES@SPT.COM
(860) 680-9167

**Peter Gressick**
Unit Manager
PGRESSIC@SPT.COM
(860) 680-9627

**York Simmer**
Unit Manager
YSIMMER@SPT.COM
(860) 830-1838

**Teddie Wise**
Unit Manager
TWISE@SPT.COM
(860) 830-1109

**Barbara Brown**
Claim Representative
BABROWN3@SPT.COM
(860) 830-1075

**Tim Richardson**
Claim Representative
TDRICHAR@SPT.COM
(860) 985-6351