**TOP CATASTROPHE TEAM SERVICES**
**INSURANCE AND APPRAISAL AND ADJUSTMENT**
**BOX 502**
**LAS VEGAS, NEVADA**
**2841 OLD SHELL ROAD**
**MOBILE, ALABAMA 36607**
**PHONE: 251-478-5338**

Dear Steven Chambless,

Regarding property located at: 3900 Winsor Road, Theodore, Alabama 36582, we would like you to regard this as a formal offer for the property on File River with an option to buy two guest houses that we had previously in one year for value at time of appraisal. I have currently secured financing and I am prepared to offer you the sum of Nine Hundred Forty Nine Thousand Dollars, ($949,000.00). Attached is a letter of credit.

*($150,000)*

*March 2, 2005*

Sincerely,

Edmond H Smith / President

STATE OF ALABAMA

COUNTY OF MOBILE

**Warranty Deed**
*with assumption*

11.00
158.00
169.00
10.00
179.00
3.00
181.00

**Know all Men by these Presents:** That, Grantee agrees to assume, pay, and discharge, as it becomes due and payable, the unpaid principal balance of $1,200,000.00 and interest owing on the promissory not secured by a mortgage between Evan Julius Wolfe (herein referred to as "Mortgagor") and Washington Mutual Bank, FA (herein referred to as "Mortgagee") dated June 6, 2005, and recorded in Real Property Book 5792, Page 985 in the records in the Office of the judge of Probate, Mobile County, Alabama. Grantees will make the payments in accordance with the payment schedule established in the promissory note. Grantee hereby assumes and promises to keep and perform all of the covenants and obligation of Mortgagor named in the Mortgage described above. Grantor warrants that there has been no default under the terms of the Mortgage or the promissory note secured thereby, and that Grantor has not and will not incur and other indebtedness that would be secured by the Mortgage. That, for the assumption and consideration of One Hundred Dollars ($100.00) and other good and valuable consideration to him in hand paid by the Grantee herein, the receipt of which is hereby acknowledged, EVAN JULIUS WOLFE, a married man (herein referred to as "Grantor") does by these presents grant, bargain, sell and convey unto GREAT SOUTHERN OUTDOORS FOUNDATION AND INSTITUTE (herein referred to as "Grantee") the following described real estate situated in Mobile County, Alabama, to-wit:

Parcel A: Lot 17, Hyde Park, according to plat thereof recorded in Map Book 12, Page 11 of the records in the Office of the Judge of Probate, Mobile County, Alabama.

12 ACRES & 17,000 SQUARE FOOT MANSION

Parcel B: Lot 32, Windsor Park, according to plat thereof recorded in Map Book 8, Page 217 of the records in the Office of the Judge of Probate, Mobile County, Alabama.

Parcel C: Lot A, Re-subdivision of Lot 32, Windsor Park, according to plat thereof recorded in Map Book 91, Page 48 of the records in the Office of the Judge of Probate, Mobile County, Alabama.

The above described property does not constitute the homestead of the Grantor nor that of his spouse.

**To Have and To Hold** the aforegranted premises to the said Grantee, its successors and assigns forever.

And the said Grantor does, for himself, his heirs and assigns, covenant with said Grantee, its successors and assigns, that he is lawfully seized in fee simple of said premises, that it is free from all encumbrances, except as otherwise noted above, that he has a good right to sell and convey the same as aforesaid, and that he will and his heirs and assigns shall **Warrant and Defend** the premises to the said Grantee, its successors and assigns forever, against the lawful claims of all persons.

**In Witness Whereof**, the said Grantor has set his hand and seal this 8th day of July, 2005.

_____{L.S.}
Evan Julius Wolfe

witnessed

TO: _____EDMOND H. SMITH IV_____

STATE OF ALABAMA
COUNTY OF MOBILE

I, the undersigned notary public, in and for said county and state, hereby certify that Evan Julius Wolfe, whose name is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he executed the same voluntarily on the day the same bears date.

Given under my hand and seal this 8th day of July, 2005.

_____
Notary Public
My commission expires

JENNIFER SUMMERSELL
NOTARY PUBLIC
ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES
OCTOBER 27, 2008

GRANTEE'S MAILING ADDRESS:

PROBATED JULY 8, 2005
AEOLITH DEAD STILE
P-137 (PAID IN FULL)

THIS INSTRUMENT PREPARED BY:
Crane Legal, P.C.
2607 Dauphin St.

**LAW OFFICE**
# JOSEPH M. MATRANGA
ATTORNEY AT LAW
258 STATE STREET, SUITE 2
MOBILE, ALABAMA 36602

TELEPHONE (251) 433-1634            FAX (251) 433-0458

March 24, 2008

To: Edmond Hudmond Smith IV

    These papers from the Probate Court are proof of ownership of the Property located at 3900 Windsor Road South, Mobile, Alabama to be in the name of Great Southern Outdoors Foundation.

Sincerely,

*[signature]*
JOSEPH M. MATRANGA

*[handwritten:]* Deed, etc.

*[handwritten:]* Sworn to on this day of March 24, 2008

Shannon Miller
Notary Public

My Commission Expires 05-24-10

*[handwritten:]* PER PROBATE
Judge
Don DAVIS OFFICE

*[handwritten:]* # BACK

MOBILE COUNTY, PROBATE COURT
DON DAVIS, JUDGE
P. O. BOX 7   MOBILE, 36601 (251) 574-8497

| DOCUMENT TYPE: NON-PROFIT - INCORPORATION | | |
|---|---|---|
| DATE: Tuesday, August 15, 2006 | RECEIPT NUMBER: 2006062084 | |
| RECEIVED OF: HAND ARENDALL | Book-6025  Page-1120  1st Of 7  Page(s); | |
| | 1 S.R. FEE | $2.00 |
| | 1 RECORDING FEE | $25.00 |
| | 1 RECORDATION STAMP | $1.00 |
| | 1 CHECK | -$28.00 |
| | RECORDING COST | $28.00 |

TELLER:   PCML04

Attachment XIV. Page 5 of 9

(W)

To Ed Smith IV

March 24, 2008

as ~~my~~ my investigator produced.

~~Ed~~ These papers from the Probate Court are proof of ownership of the Property 3900 Windsor Rd. So. Mobile to be in the name of GREAT SOUTHERN OUTDOORS FOUNDATION —

Jim Maturanga
433-1634



## Corporate Details

DNP 564-310

| | |
|---|---|
| Corporation Legal Name: | Great Southern Outdoors Foundation and Institute, Inc. |
| Place Of Inc: | Mobile County |
| Date Of Inc.: | 08-15-2006 |
| Reg Agent...: | SMITH, EDMOND H IV<br>3900 WINDSOR DR<br>THEODORE, AL 36582 |
| Prin Address: | THEODORE, AL |
| Nat Of Bus..: | SERVE/SUPPORT/ENRICH THE LIVES OF CHILDREN WITH DISABILITIES |
| Names Of Inc: | SMITH, EDMOND H IV |

PREVIOUS PAGE

P.O. Box 5616
Montgomery, AL 36103-5616

Alabama Directory | Media | Online Services | Alabama.gov
Statements/Policies | Alerts | Survey/Comments | Feeds | Contact Us

**Form 1023** (Rev. October 2004)
Department of the Treasury
Internal Revenue Service

# Application for Recognition of Exemption
## Under Section 501(c)(3) of the Internal Revenue Code

OMB No. 1545-0056

Note: If exempt status is approved, this application will be open for public inspection.

Use the instructions to complete this application and for a definition of all bold items. For additional help, call IRS Exempt Organizations Customer Account Services toll-free at 1-877-829-5500. Visit our website at www.irs.gov for forms and publications. If the required information and documents are not submitted with payment of the appropriate user fee, the application may be returned to you.

Attach additional sheets to this application if you need more space to answer fully. Put your name and EIN on each sheet and identify each answer by Part and line number. Complete Parts I - XI of Form 1023 and submit only those Schedules (A through H) that apply to you.

### Part I  Identification of Applicant

1. Full name of organization (exactly as it appears in your organizing document): **Great Southern Outdoor Foundation and Institute, Inc**
2. c/o Name (if applicable):
3. Mailing address (Number and street): **3900 Windsor Drive**  Room/Suite:
4. Employer Identification Number (EIN): **06-1752860**
   City or town, state or country, and ZIP + 4: **Theodore, Alabama 36582**
5. Month the annual accounting period ends (01-12): **July**
6. Primary contact (officer, director, trustee, or authorized representative)
   a Name: **Edmond H. Smith IV**
   b Phone: **251 545 6467**
   c Fax: (optional) **251 972 0804**
7. Are you represented by an authorized representative, such as an attorney or accountant? If "Yes," provide the authorized representative's name, and the name and address of the authorized representative's firm. Include a completed Form 2848, Power of Attorney and Declaration of Representative, with your application if you would like us to communicate with your representative.  ☐ Yes  ☒ No
8. Was a person who is not one of your officers, directors, trustees, employees, or an authorized representative listed in line 7, paid, or promised payment, to help plan, manage, or advise you about the structure or activities of your organization, or about your financial or tax matters? If "Yes," provide the person's name, the name and address of the person's firm, the amounts paid or promised to be paid, and describe that person's role.  ☐ Yes  ☒ No
9. a Organization's website: **pending**
   b Organization's email: (optional) **GSOFeInstitute,Inc@aol.com**
10. Certain organizations are not required to file an information return (Form 990 or Form 990-EZ). If you are granted tax-exemption, are you claiming to be excused from filing Form 990 or Form 990-EZ? If "Yes," explain. See the instructions for a description of organizations not required to file Form 990 or Form 990-EZ.  ☐ Yes  ☒ No
11. Date incorporated if a corporation, or formed, if other than a corporation. (MM/DD/YYYY) **6/6/2005**
12. Were you formed under the laws of a foreign country? If "Yes," state the country.  ☐ Yes  ☒ No

For Paperwork Reduction Act Notice, see page 24 of the instructions.   Cat. No. 17133K   Form **1023** (Rev. 10-2004)

-3-

# Internal Revenue Service
**DEPARTMENT OF THE TREASURY**

The Digital Daily

| | | GREAT SOUTHERN OUTDOORS FOUNDATION

**Federal Tax ID / EIN**

This is your provisional Employer Identification Number:

**20-5424918**

Today's Date is: August 23, 2006 GMT

You will receive a confirmation letter in U.S. mail within fifteen days.
The letter will also contain useful tax information for your business or organization.

If you have input any of the information on your application in error, please wait seven days and contact the EIN Toll Free area at 1-800-829-4933, Monday - Friday, 7:30am - 5:30pm. If you do not want to call, please make corrections on the letter you receive confirming your EIN and return it to the IRS.

If you are going to complete other on-line applications that require your Employer Identification Number(EIN) you can copy it by performing the following steps:

1) Use your mouse to highlight your EIN (blue number on top of page) by moving your pointer on top of the number.
2) Press the Ctrl key at the same time pressing the C key.

Once you copy your EIN you can paste it in the appropriate place by pressing the Ctrl key at the same time pressing the V key.

You may click on the buttons below for different print options or to fill out another Form SS-4.

Review and Print Form SS-4      Fill Out Another Form SS-4

Click here to return to the Internet Employer Identification Number landing (start) page.