(ENTREPRENEUR)

CORPORATE IDENTITIES

INCORPORATOR/DIRECTOR   U.C.C. 1-103 COPYRIGHT®
HOLDER-IN-DUE-COURSE
SOLE FIDUCIARY
TRUSTEE: Edmond Hudmond Smith IV

| [Trade Names] | [Trade Mark] | [E.I.N.#'s] |
|---|---|---|
| 1). EDMOND HUDMOND SMITH IV | E.H.S.IV® | CHIEF EXECUTIVE OFFICER (CEO) |
| 2). SMITH ENTERPRISES | S® | HEDGE FUND & BROKERAGE / VENTURE CAPITAL: PARENT CORP. |

3). GREAT SOUTHERN OUTDOORS FOUNDATION & INSTITUTE--(501)C-3.--E.I.N.#061752860
   ALA.===CHARITABLE NON-PROFIT-- G.S.O.F&I.® ------------II, E.I.N.#205424918

4). E.H.SMITH ELECTRICAL CONTRACTORS I.N.C.---®E.H.S.Elec.-----E.I.N.#
   SUBSIDIARIES:
   (A).ALA.--D.O.T.--"HIGHWAY SERVICES"(ROAD CONST.)
   (B).Res.,COM.,& IND.,ELECTRICAL SERVICE DEPARTMENT.

5). TOP CATASTROPHE TEAM SVS. L.L.C.,I.N.C.---®TOP<sub>CAT</sub>.---------E.I.N.# 231820067
   SUBSIDIARY:        PARTNERED /W: KLIEN ENTERPRISES(LEVY PROJ.)#062312743
   (A) C.S.P.               A.R.H.B./P.&J.SIBANEY

6). CLAIMS SERVICES PROVIDERS L.L.C.------------®C.S.P.------------E.I.N.# 020744888

7). HORIZON COMMERCIAL & INDUSTRIAL CONTRACTORS--H.C.I.C.®-----E.I.N.#030504298
   PARTNERED: WINDFIELD RESORT PROPERTIES (M.LOU) & ( K.C.CHANG)

8). PENNICLE LAND DEVELOPMENT, HOLDINGS & EXPLORATION --P.L.D.®---E.I.N.# 040372880
   (TEXAS/CANADA/ WALLACE REALTY)

9). WORLD WIDE BIG GAME ENTERPRISES I.N.C.------W.W.B.G.®------E.I.N.#
   SUBSIDIARIES:
   (A). WORLD WIDE BIG GAME PRODUCTIONS;(FILM & T/V.)
   (B). WORLD WIDE BIG GAME WEAR;( SPORTING & CAMO.;APPARELL)
   (C). WORLD WIDE BIG GAME ADVENTURES;(TRAVEL & OUTFITTING AGENCY)
   (D). BLUE WATER CHARTERS;(OFFSHORE CHARTERS,FISHING & EXPIDITIONS)
   (E). TIGHT LINE CHARTERS;(INSHORE CHARTERS,FISHING & EXCURSIONS)

TO CONFIRM CORP.----I.D.'s---I.R.S.--CONFIRMATION # ---1-800-829-4933.

   TENS OF MILLIONS OF DOLLARS IN PAID TAXES COLECTIVELY.

   HUNDREDS OF MILLIONS OF DOLLARS---IN PAID PAYROLES PROVIDED COLECTIVELY.
   CORPOATE-----DUNN & BRADSTREET NUMBERS------AT PH.# 1(888)-33P-ROFILE

i℮. CITIZENS UNITED