# SUITE OUTLINE

- VIO's STATE LAW's (25±) (MULTIPLE COUNTS)
- VIO's FEDERAL LAW's (100+) (MULTIPLE COUNTS)
- VIO's TORT LAW (20±) (MULTIPLE ACT's)
- PERSONAL INJURIES (29±) (MULTIPLE ACT's)
- ASSAULTS (95-50±)
- EMOTIONAL DISTRESS
- DISCRIMINATION
- RETALIATION / TORTUOS INTERFEARANCE
- VIO's CIVIL RIGHTS VIO's
- DEFAMATION
- OBSTRUCTION
- KATZ CASE ★ OLMSTED v. U.S. (SUPREME COURT DEC 4, 1928) OLMSTED ACT
- U.S.C. AMME.- UNITED STATES CONSTITUTIONAL VIOLATIONS
  - I ST., II ND, IV TH, V TH, VI TH, VII TH, XIII TH & XIV TH = (8)
  - I TH - TAKINGS CLAUSE

## VIOLATED - ACT's

- VIO's ACT's: (M.V.R.A.) MODIFIED VICTIMS RIGHTS ACT
- II. (C.V.R.A.) CRIMINAL VICTIMS RIGHTS ACT (2005)
- III. KU KLUX ACT (42 U.S.C.S. § 1985) (1871 "TERROREM EFFECT")
- IV. BARBOUR ESPIONAGE ACT / ECONOMIC ESPIONAGE ACT
- V. (FRAUD) CORPORATE & CRIMINAL FRAUD ACCOUNTABILITY ACT (2005) 8 U.S.C. §1501
- VI. SARBANES-OXLEY ACT; SEC 1107 (WHISTLE BLOWER)
- VII. WHISTLE BLOWERS ACT; STAT 16 (5 U.S.C.S. § 1221-101 NT) 2012
- VIII. HOBBES ACT (18 U.S.C.S § 1952) BREECH OF AGREEMENTS, THREATS/RICO
- IX. TRAVEL ACT (18 U.S.C.S § 1952) AIDING & ABETTING IN VIO. INST. COM.
- X. McCARREN-FERGUSON ACT (15 U.S.C.S § 1012(b)) "INSURANCE"
- XI. LACY ACT (16 U.S.C.S. § 661)(1540, 3372, 3373, 3374, 3375, 3376)
- XII. CIVIL RIGHTS ACT - 1871 (18 U.S.C.S § 241-249 et. seq.)
- XIII. BIVENS ACT (42 U.S.C.S. § 1983)
- XIV. STAFFORD ACT · SEC 311 ("BUISNESS OF INSURANCE")
- XV. CLAYTON ACT - ("BUISNESS OF INSURANCE")
- XVI. SHERMAN ACT - ("BUISNESS OF INSURANCE")

# START
## DAMAGES

CRIMINAL
& CIVIL: COMPENSATORY, PUNITIVE, SPECIAL
DAMAGES: DAMAGES, STATUTORY & TREBLE DAMAGES
PRIVILEGES & IMMUNITIES, DUE PROCESS
EQUAL PROTECTION UNDER THE LAW
CRUEL AND UNUSUAL PUNISHMENTS
"BIVENS" FEDERAL LAW: (TITLE 42 u.s.c.s. § 19..
TITLE 28 u.s.c.s. § 1367(a), TITLE 29 u.s.c.s. § 2615
TITLE 42 u.s.c.s. § 12101, 12102(2)(A), TITLE 42 u.s.c.s. § 2000e-
(a)(1), TITLE 42 u.s.c.s. §§ 2000e-2(k)(1)(A)(i)

CIVIL: WRONGFULL DEATH's & PERMANENT PERSONAL I-
-JURIES ——— (MULTIPLE COUNTS)

MEDICAL: (H.I.P.P.A.) "HEALTH INFORMATION PROTECTION & PROHABILI
ACT"
(A.D.A.) "AMERICANS WITH DISABILITIES ACT"
(R.A.) "REHABILITATION ACT"
(F.M.A.) "FAMILY MEDICAL ACT"
(F.M.R.A.) "FEDERAL MEDICAL RIGHTS ACT"

## BUISNESS INTERUPTION
B.I. PROJECT's & CONTRACT's PREVENTIONS AND
CONVERSIONS, LOSSES OF ANTICIPATED PROF
-ITS AND OVERHEAD IN VIOLATIONS OF CIVIL RIGHT
(U.C.C.) "UNIFORM COMMERCIAL CODE" AND
VIOLATIONS OF THE INTERSTATE COMMERCE
CLAUSE.

# ACT'S VIOLATED CONTINUED

XVII. PUBLIC DISCLOSURE/INTERESTS ACT 1998 (15 U.S.C. § 45)

XVIII. FEDERAL TRADE ACT

XIX. NO FEAR ACT (18 U.S.C.S. §§ 252, 254-264) (18 U.S.C. RETAIL)

XX. FOWLER ACT - "FELONY MURDER RULE" (18 U.S.C.S. § 1111 & 1112)

XXI. ANTI TRUST CRIMINAL PENALTY ENHANCEMENT & REFORM ACT (2004) (15 U.S.C.S. § 1 et seq.) CS-2006-2475 XXII. PRIVACY ACT 2006-2475: SABOTAGE, OPEN ACCOUNT CONVERSION, INSURANCE FRAUD'S, TORTUOTOUS INTERFEARANCE, UNFAIR TRADE PRACTICES, BREACH OF CONTRACTS AND OPEN ACCOUNT NEGLEGENCE, AND CORPORATE ESPIONAGE. (15 U.S.C.S. §§ 1, 2, 3, 4, 6, 6(A), 7, 18(A) & 45(A))

XXII. ECONOMIC OR INDUSTRIAL ESPIONAGE IN CYBERSPACE ACT

ST.P/TRAD/STATUTORY — **FEDERAL CRIMES** 16 § 1708

7-16 COUNTS FEDERAL (R.I.C.O.) LAW's & STATUTES (18 U.S.C.S. §§ 1961, SEQ. 18 U.S.C.S. §§ 1117, 18 U.S.C.S. §§ 1117, 18 U.S.C.S. §§ 1112, 18 U.S.C.S. §§ 2111, 18 U.S.C.S. §§ 2340, 18 U.S.C.S. §§ 113, 18 U.S.C.S. §§ 111, 18 U.S.C.S. §§ 641, 18 U.S.C.S. §§ 2119, 18 U.S.C.S. §§ 872, 18 U.S.C.S. §§ 875, 18 U.S.C.S. §§ 8 18 U.S.C.S. §§ 873, 18 U.S.C.S. §§ 2, 18 U.S.C.S. §§ 2 B 1.1, 18 U.S.C.S. §§ 12.1 18 U.S.C.S. §§ 1113, 18 U.S.C.S. §§ 2332(b), 18 U.S.C.S. §§ 1343, 18 U.S.C. § 1344 18 U.S.C.S. §§ 659 & 664, 18 U.S.C.S. §§ 1351, 18 U.S.C.S. §§ 1425, 18 U.S.C.S. §§ 2 18 U.S.C.S. §§ 242, 18 U.S.C.S. §§ 243, 18 U.S.C.S. §§ 1033(c)(1), 18 U.S.C.S. §§ 1033(A)(1), 18 U.S.C.S. §§ 1512(b)(1), 18 U.S.C.S. §§ 1542, 18 U.S.C.S. §§ 1952, 18 U.S.C.S. §§ 1953, 18 U.S.C.S. §§ 1957, 18 U.S.C.S. §§ 1958, 18 U.S.C.S. §§ 1960, 18 U.S.C.S. §§ 2314 & 2315, 18 U.S.C.S. §§ 2318, 18 U.S.C.S. §§ 371, 18 U.S.C.S. §§ 1503, 18 U.S.C.S. §§ 1512 18 U.S.C.S. §§ 1513, 18 U.S.C.S. §§ 1001 SEE 207, 304, 301, 302, 303 42 U.S.C.S. §§ 2000e-2(A)(1)(6), 42 U.S.C.S. §§ 1211(b)(5)(A), 42 U.S.C.S. §§ 1983, 42 U.S.C.S. §§ 1985, 42 U.S.C.S. §§ 1986, 42 U.S.C.S. §§ 1981, 42 U.S.C.S. §§ 1981, 28 U.S.C.S. §§ 2615, 28 U.S.C.S. §§ 1343, TITLE 2 U.S.C.S. §§ CHAP 18, TITLE VII CLAIM, TITLE II, III & IV 1986 31 U.S.C.S. §§ 3730 (h) WHISTLE BLOWER RETALIATION CRIMINAL LIABIL. CRIMINAL & CIVIL LIBERTIES VIOLATIONS AND ENTRAPMENT (R.I.C.O.) ie MULTIPLE CRIMES

# CIVIL AMOUNTS CONTINUED

ANNUALY COMPOUNDED INTEREST - % = PER STATUTE =
(COMPOUNDED DAILY)
+
U.S. DOLLAR INFLATIONARY DEPRICIATION - .05 - .16 ± % AGUSTMENT
(COMPOUNDED DAILY)
+
LEXINGTON INSURANCE (CONTRACT) POLICYS = $12,000,000
3900 WINDSOR DR. (FOWL RV) PER APPRAISAL ×3 $72,000,000.⁰⁰
LEXINGTON INS. 15 U.S.C.S. §1 ? = $100,000,000
+
LEXINGTON INS. (CALDERWOOD DR.) = $1,000,000.⁰⁰
+
LEXINGTON INS. (621 TUDOR LN.) = ×3 $1,500,000.⁰⁰
+
LOSS OF HOPE DR. (REV. MORG.)(DEATH) = ×3 $600,000.⁰⁰
LOSS OF 5205 MICKEY DR. (RENTAL PROP.) ×3 + $400,000.⁰⁰
LOSS OF (N.F.I.P.) STACKED POLICIES (E. WOLFE) = ×3 = $2,150,000.⁰⁰
+
ATTORNEYS FEES =
+
COURT COSTS =
+
LOST PROFITS = BILLIONS (HURRICANES FROM 2006 - )(P & JORDAN)
(KC-CHANG)(M-PARKER)(PINNICLE LAND DEV)(LOW)+
LOST OPPORTUNITIES = BILLIONS (LEVY PROJECT)(WINDFIELD)(TOPCAT)
(AIR-PORT LOW DEVELOPMENT)
+
EMOTIONAL & PHYSICAL PAIN AND SUFFERING (PAST, PRESENT & FUTURE) = ?
BILLIONS

# CORPORATELY CIVIL AMOUNTS

**BENIFIT-OF-THE BARGIN DAMAGES**
ORIG AMT = $400,000,000.⁰⁰ PLUS OR — (TREBLE DAMAGES) ×3 = $1,200,000,000.⁰⁰
+
15 U.S.C. S.§1 = $100,000,000.⁰⁰ — CORP FINE = $100,000,000.⁰⁰
+
15 U.S.C. S.§3 = $100,000,000.⁰⁰ — CORP FINE = $100,000,000.⁰⁰
+
15 U.S.C. S.§3(B) = $100,000,000.⁰⁰ — CORP FINE = $100,000,000.⁰⁰
+
(U.C.C.) INCIDENTAL DAMAGES (COMM. RESONABLE EXPENSES) = ?
LOSSES ASSOCIATED W/OR RELATED TO ACTUAL DAMAGES +
COMPENSATORY DAMAGES (FOR LOSS SUFERED) = ?
DAMAGES SUFFICIENT IN AMOUNT TO IDEMNIFY THE INJURED +
PUNITIVE (×5) DAMAGES — DAMAGES AWARDED IN ADDITION = $38 BILLION
DUE TO DEFENDANTS ACTIONS OF RECKLESSNESS, MALICE OR DECEIT + 1% NET WORTH
STATUTORY DAMAGES (R.I.C.O.) ORDERED BY LAW = ?
SPECIFIED PER STATUTORY LAW CRIM/CIVIL +
SPECIAL DAMAGES / CONSEQUENTIAL DAMAGES = ?
+
FUTURE DAMAGES (12H)(L-P)(WR)(T.S) & (B.P.O.S) = BILLIONS
MONEY AWARDED FOR RESIDUAL OR PROJECTED EFFORTS OR FUNCT. +
RELIANCE DAMAGES — DAMAGES AWARDED FOR LOSSES = ?
ON RELINACE OF THE CONTRACTUAL AGREEMENT +
RESTITUTIONAL DAMAGES — AT PLANTIFFS EXPENSE = ?
DAMAGES AWARDED WHEN DEFENDANT HAS UNJUSTLY BEEN ENRICHED +
UNLIQUIDATED DAMAGES = UNFIXED DAMAGES = ?
THAT MUST BE ESTABLISHED & DETERMINED BY A JUDGE & JURY +
BUISNESS INTERUPTION ? BILLIONS
+
CONTRACT PREVENTION & CONVERSION (PERSONAL)
TREZESANT STATUTE (25K × 23 MIN) + $3,500,000,000.
MEDICAL + $750,000,000. +

Case 5:19-cv-00002-RRB Document 1-16 Filed 01/04/19 Page 5 of 5