AO 240 (Rev. 01/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

RECEIVED

# UNITED STATES DISTRICT COURT

for the

JAN 04 2019

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

_____ District of Alaska

Edmond Hudmond Smith IV
Louis Holger                )
_____     )
          *Plaintiff*        )
                            )          Civil Action No. 3:19-cv-00002-RRB
          v.                 )
SAINT PAUL TRAVELERS COMPANY INC )
et al                        )
          *Defendant*        )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: UNITED STATES MEDICAL CENTER FEDERAL PRISONERS SPRINGFIELD INC.
** ALL PRISONERS MUST ATTACH TO THIS FORM AN INMATE TRUST FUND ACCOUNT STATEMENT CERTIFIED BY THE APPROPRIATE INSTITUTIONAL OFFICER AND SHOWING ALL RECEIPTS, EXPENDITURES, AND BALANCES DURING THE LAST 6 MONTHS.

2. *If not incarcerated.* If I am employed, my employer's name and address are:


My take-home pay or wages are:  $ _____ ∅ _____ per *(specify pay period)* ____ ∅ ____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes     ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes     ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes     ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes     ☒ No
(e) Gifts, or inheritances                             ☐ Yes     ☒ No
(f) Any other sources                                  ☐ Yes     ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Case 3:19-cv-00002-RRB   Document 3   Filed 01/04/19   Page 1 of 3

4.  Amount of money that I have in cash or in a checking or savings account:      $ _____Ø_____ .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: ___Dec, 10, 2018___

_____
*Applicant's Signature*

___Edward Hackard Smith IV___
*Printed name*

THUMMOND SMITH IV
07241259
Medical Center For Federal Prisoners
P.O. Box 4000
Springfield, Missouri
      - 65801 - 4000 -



Attn: Clerk of Court.
To: United States District Court
For the District of Alaska
222 West 7th Avenue.
Anchorage, Alaska
            -99513-

U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 000.00⁰
0001126717    DEC 27 2018
MAILED FROM ZIP CODE 65807