# Inmate Inquiry



| | | | |
|---|---|---|---|
| Inmate Reg #: | 07241059 | Current Institution: | Springfield MCFP |
| Inmate Name: | SMITH, EDMOND | Housing Unit: | SPG-S-A |
| Report Date: | 02/25/2019 | Living Quarters: | S03-012L |
| Report Time: | 5:10:41 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 0014 |
| PAC #: | 748869896 |
| Revalidation Date: | 4th |
| FRP Participation Status: | No Obligation |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 3/23/2010 |
| Local Account Activation Date: | 9/20/2018 3:13:21 AM |
| Sort Codes: | |
| Last Account Update: | 2/25/2019 12:11:48 AM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

Brian Jenkins
Correctional Counselor

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll   ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.25 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.25 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |



| | |
|---|---|
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $25.00 |
| National 6 Months Withdrawals: | $24.75 |
| Available Funds to be considered for IFRP Payments: | ($425.00) |
| National 6 Months Avg Daily Balance: | $1.28 |
| Local Max. Balance - Prev. 30 Days: | $0.00 |
| Average Balance - Prev. 30 Days: | $0.25 |
| Inmate Qualifies for OTC Medication | |
| This Inmate is Indigent | |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $0.00 |
| YTD Purchases: | $24.75 |
| Last Sales Date: | 10/3/2018 6:09:13 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | Yes |
| Bi-Weekly Revalidation: | No |
| Spending Limit: | $90.00 |
| Expended Spending Limit: | $0.00 |
| Remaining Spending Limit: | $90.00 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**
DHO IR#3206194,3206194

UDC IR#2624198 30 DAYS 9-8-14