# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| EDMOND HUDMOND SMITH, IV, et al.<br>*Plaintiff*<br>v.<br>SAINT PAUL TRAVELERS COMPANY INC., et al.<br>*Defendant* | Civil Action No. 3:19-cv-00002-RRB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   This case is dismissed with prejudice.  This dismissal constitutes a "strike" under 28 U.S.C. 1915(g).
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Ralph R. Beistline   upon review of   Complaint for Reservations of Rights.
_____ .

APPROVED:

**s/Ralph R. Beistline**
Ralph R. Beistline
United States District Judge

Date: April 2, 2019

**Lesley K. Allen**
Lesley K. Allen
Clerk of Court

Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.